UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| **DOUG WELBORN,** *in his official capacity as Clerk of Court of the Nineteenth Judicial District for the Parish of East Baton Rouge, Louisiana; et al.* | Civil Action No. 3:12-CV-220 |
| **Plaintiffs,** | JUDGE JAMES J. BRADY |
| vs. | |
| THE BANK OF NEW YORK MELLON; BANK OF AMERICA; CHASE HOME MORTGAGE CORPORATION OF THE SOUTHEAST; CITIMORTGAGE, INC.; GMAC RESIDENTIAL FUNDING CORPORATION; HSBC FINANCE CORPORATION; MERRILL LYNCH CREDIT CORPORATION; NATIONWIDE ADVANTAGE MORTGAGE COMPANY; SUNTRUST MORTGAGE, INC.; UNITED GUARANTY CORPORATION; WASHINGTON MUTUAL BANK, N.A.; WELLS FARGO BANK, N.A.; DEUTSCHE BANK, A.G.; U.S. BANK; J.P. MORGAN CHASE BANK, N.A.; HSBC BANK USA, N.A.; LA SALLE BANK, N.A.; | MAGISTRATE STEPHEN C. RIEDLINGER |
| **Defendants.** | |

## NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY

**NOW INTO THIS COURT,** through undersigned counsel, comes Defendant and debtor, GMAC Mortgage, LLC (sued as GMAC Residential Funding Corporation and hereafter "Debtor"), in accordance and consistent with section 362(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), to respectfully submit this Notice of Bankruptcy and Effect of Automatic Stay, and in support thereof states as follows:

CHI1:1005571/00005:1899716v2

1.      On May 14, 2012 (the "Petition Date"), Debtor and certain of its affiliates filed voluntary petitions (the "Petitions") under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408 (the "Bankruptcy Code").  The Debtor's case is jointly administered under the Chapter 11 Case for the Debtor Residential Capital, LLC, et al., which is indexed as case number 12-12020.

2.      The "automatic stay" is codified in section 362 of the Bankruptcy Code.  Section 362(a), inter alia, operates as an automatic stay of: (i) the commencement or continuation of a "judicial, administrative, or other action or proceeding" against Debtor (11 U.S.C. § 362(a)(1)); (ii) acts to "obtain possession of property" of Debtor's estates (11 U.S.C. § 362(a)(3)); and (iii) acts to "collect, assess, or recover a claim" against Debtor arising prior to the Petition Date (11 U.S.C. § 362(a)(6)).

3.      The captioned action constitutes a "judicial, administrative, or other action or proceeding" against Debtor, an act to obtain possession of Debtor's property, and/or an act to collect or recover on a claim against Debtor.

4.      Accordingly, the captioned lawsuit should be stayed pursuant to 11 U.S.C. § 362(a).

5.      Any action taken by Plaintiffs against Debtor without obtaining relief from the automatic stay from the Bankruptcy Court may be void ab initio and may result in finding of contempt against Plaintiffs by the Bankruptcy Court.  Debtor reserves and retains all of its statutory rights to seek relief in Bankruptcy Court from any action, judgment, order, or ruling entered in violation of the Automatic Stay.

CHI1:1005571/00005:1899716v2

Respectfully Submitted,


/s/ Monique Lafontaine
Monique Lafontaine (Bar No. 24557)
Locke Lord LLP
601 Poydras St., Suite 2660
New Orleans, LA 70130
Telephone: 504-558-5133
Facsimile: 504-681-5223
mlafontaine@lockelord.com

and

P. Russell Perdew (*pro hac vice* to be submitted)
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone 312-443-1712
Facsimile 312-896-6712
rperdew@lockelord.com

Counsel for Defendant,
GMAC Mortgage, LLC

3

CHI1:1005571/00005:1899716v2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of June 2012 a copy of the foregoing Notice of Bankruptcy and Effect of Automatic Stay was transmitted electronically to the Clerk of the Court using the CM/ECF system, which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF participants.

/s/ Monique Lafontaine