UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| **DOUG WELBORN,** *in his official capacity as Clerk of Court of the Nineteenth Judicial District for the Parish of East Baton Rouge, Louisiana; et al.* | Civil Action No. 3:12-CV-220 |
| **Plaintiffs,** | |
| vs. | **JUDGE JAMES J. BRADY** |
| **THE BANK OF NEW YORK MELLON; BANK OF AMERICA; CHASE HOME MORTGAGE CORPORATION OF THE SOUTHEAST; CITIMORTGAGE, INC.; GMAC RESIDENTIAL FUNDING CORPORATION; HSBC FINANCE CORPORATION; MERRILL LYNCH CREDIT CORPORATION; NATIONWIDE ADVANTAGE MORTGAGE COMPANY; SUNTRUST MORTGAGE, INC.; UNITED GUARANTY CORPORATION; WASHINGTON MUTUAL BANK, N.A.; WELLS FARGO BANK, N.A.; DEUTSCHE BANK, A.G.; U.S. BANK; J.P. MORGAN CHASE BANK, N.A.; HSBC BANK USA, N.A.; LA SALLE BANK, N.A.;** | **MAGISTRATE STEPHEN C. RIEDLINGER** |
| **Defendants.** | |

## DEFENDANT, U.S. BANK N.A.'S, CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, U.S. Bank National Association, to submit this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

1. U.S. Bank National Association is a wholly owned subsidiary of U.S. Bancorp, a publicly traded corporation.

2. U.S. Bank National Association has no other parent corporations, and no other publicly owned corporation owns 10% or more of its stock.

Respectfully Submitted,

/s/ Monique Lafontaine
Monique Lafontaine (Bar No. 24557)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, LA 70130
Telephone: 504-558-5133
Facsimile: 504-681-5223
mlafontaine@lockelord.com

and

P. Russell Perdew (*pro hac vice* to be submitted)
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone 312-443-1712
Facsimile 312-896-6712
rperdew@lockelord.com

Counsel for Defendant,
U.S. Bank N.A.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2d day of July 2012 a copy of the foregoing Corporate Disclosure Statement was transmitted electronically to the Clerk of the Court using the CM/ECF system, which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF participants.

/s/ Monique Lafontaine