UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| DOUG WELBORN, *in his official capacity as Clerk of Court of the Nineteenth Judicial District for the Parish of East Baton Rouge, Louisiana et al.* | Civil Action No. 3:12-CV-220 |
| **Plaintiffs** | Judge James J. Brady |
| v. | Magistrate Judge Stephen C. Riedlinger |
| THE BANK OF NEW YORK MELLON; BANK OF AMERICA; CHASE HOME MORTGAGE CORPORATION OF THE SOUTHEAST; CITIMORTGAGE, INC.; GMAC RESIDENTIAL FUNDING CORPORATION; HSBC FINANCE CORPORATION; MERRILL LYNCH CREDIT CORPORATION; NATIONWIDE ADVANTAGE MORTGAGE COMPANY; SUNTRUST MORTGAGE, INC.; UNITED GUARANTY CORPORATION; WASHINGTON MUTUAL BANK, N.A.; DEUTSCHE BANK, A.G.; U.S. BANK; J.P. MORGAN CHASE BANK, N.A.; HSBC BANK USA, N.A.; LA SALLE BANK, N.A. | |
| **Defendants** | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Bank of America Corporation hereby discloses the following:

Bank of America Corporation is a publicly traded company with hundreds of domestic and foreign consolidated subsidiaries, all of which are wholly owned and none of which is publicly held. Bank of America Corporation has no parent company, and no publicly held company owns more than 10% of Bank of America Corporation's shares.

412393.1

Case 3:12-cv-00220-JJB-SCR   Document 51   07/06/12   Page 1 of 2

/s/ Christine Lipsey
Anthony Rollo (LA Bar No. 1133), T.A.
Christine Lipsey (LA Bar No. 1182)
Kimberly Higginbotham (LA Bar No. 31779)
McGlinchey Stafford, PLLC
Fourteenth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Telecopier: (225) 343-3076
Email: arollo@mcglinchey.com
clipsey@mcglinchey.com
khigginbotham@mcglinchey.com
*Attorneys for Bank of America Corporation; Merrill Lynch Credit Corporation; LaSalle Bank, N.A.; and The Bank of New York Mellon*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of July, 2012 a copy of the foregoing Corporate Disclosure Statement of Bank of America Corporation was transmitted electronically to the Clerk of the Court using the CM/ECF system, which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF participants.

/s/ Christine Lipsey

412393.1