UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE, et al.**<br>**Plaintiffs**<br><br>v.<br><br>**THE BANK OF NEW YORK MELLON, et al.**<br>**Defendants** | * * * * * * * * * * * | **CIVIL ACTION**<br><br>**NO: 3:12-CV-220**<br><br>**JUDGE JAMES J. BRADY**<br><br>**MAGISTRATE STEPHEN RIEDLINGER** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes JPMorgan Chase Bank, N.A., who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits the following corporate disclosure statement:

JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co. JPMorgan Chase & Co. is a publicly traded corporation. There are no publicly traded corporations that own 10% or more of the stock of JPMorgan Chase & Co.'s stock.

Dated: July 13, 2012

                                          RESPECTFULLY SUBMITTED:

                                        McGLINCHEY STAFFORD, PLLC

                                        */s/Michael D. Ferachi*
                                        Michael D. Ferachi (Bar No. 19566)
                                        Christine Lipsey (Bar No. 1182)
                                        Fourteenth Floor, One American Place
                                        301 Main Street
                                        Baton Rouge, Louisiana 70825
                                        Telephone: (225) 383-9000
                                        Telecopier: (225) 343-3076

                                        **ATTORNEYS FOR JPMORGAN CHASE BANK, N.A.**

412489.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of July, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

Baton Rouge, Louisiana, the 13th day of July, 2012.

          /s/Michael D. Ferachi
          Michael D. Ferachi