UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOUG WELBORN, ET AL.

VERSUS

THE BANK OF NEW YORK
MELLON, ET AL.

CIVIL ACTION

NO. 12-220-JJB

**NOTICE TO PARTIES**

A motion (doc. 69) to dismiss was filed on July 20, 2012.

Any opposition(s) to said motion(s) shall be filed on or before August 10, 2012.

Any reply shall be filed within 15 days of the filing of the opposition.

Baton Rouge, Louisiana, July 23, 2012.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA