UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| DOUG WELBORN, *in his official capacity as Clerk of Court of the Nineteenth Judicial District for the Parish of East Baton Rouge, Louisiana et al.*<br><br>Plaintiffs<br><br>v.<br><br>THE BANK OF NEW YORK MELLON; BANK OF AMERICA; CHASE HOME MORTGAGE CORPORATION OF THE SOUTHEAST; CITIMORTGAGE, INC.; GMAC RESIDENTIAL FUNDING CORPORATION; HSBC FINANCE CORPORATION; MERRILL LYNCH CREDIT CORPORATION; NATIONWIDE ADVANTAGE MORTGAGE COMPANY; SUNTRUST MORTGAGE, INC.; UNITED GUARANTY CORPORATION; WASHINGTON MUTUAL BANK, N.A.; DEUTSCHE BANK, A.G.; U.S. BANK; J.P. MORGAN CHASE BANK, N.A.; HSBC BANK USA, N.A.; LA SALLE BANK, N.A.;<br><br>Defendants | Civil Action No. 3:12-CV-220<br><br>Judge James J. Brady<br><br>Magistrate Judge Stephen C. Riedlinger |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant SunTrust Mortgage, Inc. hereby discloses the following:

SunTrust Mortgage, Inc. is a Virginia corporation, a wholly-owned subsidiary of SunTrust Bank, a Georgia state chartered bank. SunTrust Bank is a wholly-owned subsidiary of SunTrust Bank Holding Company, a Florida corporation. SunTrust Bank Holding Company is a wholly-owned subsidiary of SunTrust Banks, Inc. a publicly traded holding company.

412534.1

Case 3:12-cv-00220-JJB-SCR    Document 71    07/23/12    Page 1 of 2

/s/ Christine Lipsey

James S. Wertheim (*pro hac vice*)
McGlinchey Stafford, PLLC
2550 Chagrin Boulevard, Suite 406
Cleveland, Ohio 44122-4640
Telephone: (216) 378-9905
Facsimile: (216) 378-9910
Email: jwertheim@mcglinchey.com

Christine Lipsey (LA Bar No. 1182)
Kimberly Higginbotham (LA Bar No. 31779)
McGlinchey Stafford, PLLC
Fourteenth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Telecopier: (225) 343-3076
Email: clipsey@mcglinchey.com
       khigginbotham@mcglinchey.com

*Attorneys for SunTrust Mortgage, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of July, 2012 a copy of the foregoing Corporate Disclosure Statement of SunTrust Mortgage, Inc. was transmitted electronically to the Clerk of the Court using the CM/ECF system, which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF participants.

/s/ Christine Lipsey

412534.1