# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### BATON ROUGE DIVISION

| | | |
|---|---|---|
| **DOUG WELBORN, IN HIS OFFICIAL** | * | |
| **CAPACITY AS CLERK OF COURT OF** | * | **CIVIL ACTION NO. 3:12-CV-220** |
| **THE NINETEENTH JUDICIAL** | * | |
| **DISTRICT FOR THE PARISH OF EAST** | * | |
| **BATON ROUGE, LOUISIANA, et al.;** | * | |
| | * | |
| *Plaintiffs*, | * | |
| **v.** | * | **JUDGE JAMES J. BRADY** |
| | * | |
| **THE BANK OF NEW YORK** | * | |
| **MELLON CORPORATION, et al.** | * | |
| | * | **MAG. JUDGE STEPHEN C.** |
| | * | **RIEDLINGER** |
| | * | |
| *Defendants*. | * | |
| | * | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## CORPORATE DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 7.1, defendant CitiMortgage, Inc. ("CitiMortgage"), by and through undersigned counsel, submits the following corporate disclosure statement, identifying parent corporations and publicly-held companies owning ten percent or more of CitiMortgage's stock:

> Citibank, N.A. is the parent of CitiMortgage, Inc. and owns 100% of its stock. Citicorp is the parent of Citibank, N.A. and owns 100% of its stock. Citigroup Inc. is the parent of Citicorp and owns 100% of its stock. Citigroup Inc. is publicly traded. No single shareholder currently owns more than 10% of Citigroup Inc. stock.

1

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


BY:      _s/ Kent A. Lambert_____
          KENT LAMBERT (Bar No. 22458)
          KATIE L. DYSART (Bar No. 31449)
          SARAH K. CASEY (Bar No. 32385)
          LAURA E. CARLISLE (Bar No. 33760)
          201 St. Charles Avenue, Suite 3600
          New Orleans, Louisiana  70170
          Telephone:  (504) 566-5200
          Facsimile:  (504) 636-4000

**ATTORNEYS FOR CITIMORTGAGE, INC**


**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, 2012, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which sent notification of such filing and

transmittal of a Notice of Electronic Filing to all CM/ECF participants.


          _/s Sarah K. Casey_____                 _

2