UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA, et al.; | * * * * * | CIVIL ACTION NO. 3:12-CV-220 |
| *Plaintiffs*, | * | |
| v. | * | JUDGE JAMES J. BRADY |
| THE BANK OF NEW YORK MELLON, et al. | * * * | MAG. JUDGE STEPHEN C. RIEDLINGER |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CORPORATE DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Wells Fargo Bank, N.A ("Wells Fargo"), by and through undersigned counsel, submits the following corporate disclosure statement, identifying parent corporations and publicly-held companies owning ten percent or more of Wells Fargo's stock:

> Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., is a wholly owned subsidiary of Wells Fargo & Company. Wells Fargo & Company is a publicly traded company and no other publicly traded entity owns more than 10% of the stock of Wells Fargo & Company.

1

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY:    *s/ Kent A. Lambert*
       KENT LAMBERT (Bar No. 22458)
       KATIE L. DYSART (Bar No. 31449)
       SARAH K. CASEY (Bar No. 32385)
       LAURA E. CARLISLE (Bar No. 33760)
       201 St. Charles Avenue, Suite 3600
       New Orleans, Louisiana 70170
       Telephone: (504) 566-5200
       Facsimile: (504) 636-4000

**ATTORNEYS FOR WELLS FARGO
BANK, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF participants.

                              */s Sarah K. Casey*