UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

|  |  |  |
|---|---|---|
| | * | |
| DOUG WELBORN, | * | |
| in his official capacity, et al., | * | CASE NO. 3:12-cv-220 |
| Plaintiffs, | * | |
| | * | |
| v. | * | JUDGE JAMES J. BRADY |
| | * | |
| THE BANK OF NEW YORK | * | |
| MELLON, et al., | * | MAGISTRATE STEPHEN C. RIEDLINGER |
| Defendants | * | |
| * * * * * * * * * * * * * * * * * * * * * | * | |

### DEFENDANT, NATIONWIDE ADVANTAGE MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Nationwide Advantage Mortgage Company, hereby files its corporate disclosure statement and states as follows:

1. Defendant, Nationwide Advantage Mortgage Company, an Iowa corporation, is owned by three shareholders, all Iowa corporations: AMCO Insurance Company, ALLIED Property and Casualty Insurance Company, and Depositors Insurance Company.

2. AMCO Insurance Company, ALLIED Property and Casualty Insurance Company, and Depositors Insurance Company are all wholly-owned subsidiaries of Allied Group, Inc., an Iowa corporation.

3. Allied Group, Inc., is a wholly-owned subsidiary of Nationwide Mutual Insurance Company.

4. Nationwide Mutual Insurance Company is an Ohio mutual insurance company which is owned entirely by its policyholders and, as such, is not owned by a parent company or a public company and no stock is held publicly. As such, none of the foregoing entities are publicly held.

Respectfully submitted,

s/ Monique Weiner
Monique M. Weiner (#23233)
Mark E. Best (#29090)
Kuchler Polk Schell Weiner & Richardson, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone:  (504) 592-0691
Facsimile:   (504) 592-0697
mweiner@kuchlerpolk.com
mbest@kuchlerpolk.com

And

OF COUNSEL:

Michael H. Carpenter (*pro hac vice*)
Katheryn M. Lloyd (*pro hac vice*)
Carpenter Lipps & Leland LLP
280 Plaza Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone:  (614) 365-4100
Facsimile:  (614) 365-9145
carpenter@carpenterlipps.com
lloyd@carpenterlipps.com
***Attorneys for Defendant Nationwide***
***Advantage Mortgage Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 1st day of August, 2012 filed electronically a true copy of the foregoing.  All parties received notice of this filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. Additionally, true and correct copies of the foregoing were served by facsimile and U.S. Mail to non-participants of the CM/ECF system.

*s/* Monique M. Weiner
MONIQUE M. WEINER

2