UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| DOUG WELBORN *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:12-CV-00220-JJB-SCR |
| | § | |
| THE BANK OF NEW YORK MELLON *et al.*, | § | |
|     Defendants. | § | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
## TO DISMISS FIRST AMENDED COMPLAINT

Plaintiffs hereby files this Response to Defendants' Motion to Dismiss with prejudice Plaintiffs' First Amended Complaint pursuant to Rules 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure, and requests this Court deny said Motion. This Response is made based on the attached Memorandum of Law in Support of Plaintiffs' Response to Defendants' Motion to Dismiss First Amended Complaint, and such other written or oral arguments as may be presented to the Court at or before the hearing on the Motion.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Response to Defendants' Motion to Dismiss First Amended Complaint, the Court should deny Defendants' Motion.

1

Respectfully submitted,

*[signature]*

**BLUME, FAULKNER,**
**SKEEN & NORTHAM, PLLC**
**Richard D. Faulkner,** *Local Counsel*
Louisiana Bar No. 05470
**James D. Blume**
Admitted *Pro Hac Vice*
111 W. Spring Valley Road
Suite 250
Richardson, Texas 75081
(214) 373-7788
(214) 373-7783 – fax

**TED B. LYON & ASSOCIATES**
Ted B. Lyon, *Trial Attorney*
Admitted *Pro Hac Vice*
**Marquette Wolf**
Admitted *Pro Hac Vice*
**Benjamin Barmore**
Admitted *Pro Hac Vice*
18601 LBJ Freeway
Suite 525
Mesquite, Texas 75150
(972) 279-6571
(972) 279-3021 - fax

**MARTINY & ASSOCIATES, LLC**
**Daniel R. Martiny**
Louisiana Bar No. 09012
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
(504) 834-7676
(504) 834-5409 - fax

**MURRAY, DARNELL &**
**ASSOCIATES, LLC**
**Edwin R. Murray**
Louisiana Bar No. 17069
1540 North Broad Street
New Orleans, Louisiana 70119
(504) 945-0042
(504) 942-5268 – fax

**BARKER, BOUDREAUX,**
**LAMY & FOLEY**
**Daniel S. Foley**
Louisiana Bar No. 5632
228 Saint Charles Avenue
Suite 1110
New Orleans, Louisiana 70130
(504) 586-9395
(504) 586-9410 - fax

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 10th day of August , 2012, a copy of the foregoing Plaintiff's Response to Defendants' Motion to Dismiss First Amended Complaint was filed electronically to the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants, if any.

Richard D. Faulkner