UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DOUG WELBORN, IN HIS OFFICIAL
CAPACITY AS CLERK OF COURT OF
THE NINETEENTH JUDICIAL DISTRICT
COURT FOR THE PARISH OF EAST
BATON ROUGE, ET AL
                Plaintiffs,

vs.

THE BANK OF NEW YORK
MELLON, ET AL
                Defendants.

CIVIL ACTION NO. 3:12-CV-220

JUDGE: BRADY

MAGISTRATE: RIEDLINGER

## MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, United Guaranty Corporation, who requests of this Honorable Court that Kellen J. Mathews of the law firm of Adams and Reese LLP be enrolled as additional counsel of record for United Guaranty Corporation in the above-captioned matter.

RESPECTFULLY SUBMITTED:

*/s/ V. Thomas Clark, Jr.*
V. Thomas Clark, Jr.(#20519)
William D. Shea   (#29419)
Kellen J. Mathews  (#31860)
ADAMS AND REESE, LLP
450 Laurel Street, Suite 1900
Baton Rouge, LA 70801
Telephone: (225) 336-5200
Telecopy: (225) 336-5220

**ATTORNEYS FOR UNITED GURANTY CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that this Motion to Enroll Additional Counsel of Record was filed via the Court's electronic filing system on August 21, 2012 and that a copy of the foregoing has this date been served on all counsel of record via the Court's electronic noticing system.

/s/ V. Thomas Clark, Jr.