UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE, ET AL<br>　　　　　Plaintiffs, | CIVIL ACTION NO. 3:12-CV-220<br><br>JUDGE:　BRADY<br><br>MAGISTRATE:　RIEDLINGER |
| vs. | |
| THE BANK OF NEW YORK MELLON, ET AL<br>　　　　　Defendants. | |

## UNITED GUARANTY CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Proc. 7.1, Defendant, United Guaranty Corporation ("United Guaranty") through undersigned counsel, submits the following Corporate Disclosure Statement, identifying parent corporations and publicly-held companies owning ten (10) percent or more of United Guaranty's stock:

United Guaranty Corporation declares that it is wholly owned by The Insurance Company of the State of Pennsylvania, New Hampshire Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA. Those entities are wholly owned by AIG Commercial Insurance Group, Inc., which is wholly owned by AIG Property Casualty, Inc., which is wholly owned by American International Group, Inc., a publicly held company.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ V. Thomas Clark, Jr.

　　　　　　　　　　　　　　　　　　V. Thomas Clark, Jr. (La. Bar #20519)
　　　　　　　　　　　　　　　　　　William D. Shea (La. Bar # 29419)
　　　　　　　　　　　　　　　　　　ADAMS AND REESE, LLP
　　　　　　　　　　　　　　　　　　450 Laurel Street, Suite 1900
　　　　　　　　　　　　　　　　　　Baton Rouge, Louisiana 70801
　　　　　　　　　　　　　　　　　　Telephone: (225) 336-5200
　　　　　　　　　　　　　　　　　　Facsimile: (225) 336-5220

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR UNITED GURANTY CORPORATION**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 21st day of August, 2012, served a copy of the foregoing United Guaranty Corporation's Corporate Disclosure Statement on all counsel of record by filing of the same in this Court's CM/ECF System.

/s/ V. Thomas Clark, Jr.