UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA; et al.; | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-CV-220 |
| Plaintiffs, | | |
| v. | | |
| THE BANK OF NEW YORK MELLON; et al.; | | PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND PLEADINGS |
| Defendants. | | |

COME NOW, Plaintiffs, Doug Welborn, in his official capacity as Clerk of Court of the Nineteenth Judicial District for the Parish of East Baton Rouge, Louisiana; et al., and would respectfully show the Court as follows:

## I. RELIEF REQUESTED

1. Plaintiffs seek leave to file their Second Amended Complaint pursuant to Fed.R.Civ.P. 15(a)(2). A proposed Second Amended Complaint is attached hereto. The purpose of the amendment is to add parties and counsel, and to provide further explanation of Plaintiffs' claims. No new causes of action are added to this cause.

2. Since the filing of Plaintiffs' Original Complaint and First Amended Complaint, additional Clerks of Court in the State of Louisiana have requested to join in this lawsuit. Plaintiffs submit that joining those parties to this lawsuit would be in the interest of efficiency for this Court and for Defendants, as it would allow them to avoid filing a separate lawsuit with the same claims.

3. Defendants have filed a Motion to Dismiss in this cause. Based on that pleading, it appears that the bases of Plaintiffs' claims are not clear to Defendants. Plaintiffs request leave to amend their Complaint to further describe the legal and factual particulars of their claims and to assist Defendants in their understanding of the claims against them.

4. Defendants have consented to Plaintiffs' amendment of their Complaint.

5. Plaintiffs submit that their request for leave to amend is in the interest of justice, and that Defendants would not be prejudiced by Plaintiffs' amendment.

## II. PRAYER

WHEREFORE, Plaintiffs respectfully request that their Motion for Leave to Amend be granted, and that Plaintiffs' Second Amended Complaint be accepted for filing by this Court.

Respectfully submitted,

*[signature]*

**BLUME, FAULKNER,
SKEEN & NORTHAM, PLLC**
**Richard D. Faulkner,** *Local Counsel*
Louisiana Bar No. 05470
**James D. Blume**
Admitted *Pro Hac Vice*
111 W. Spring Valley Road
Suite 250
Richardson, Texas 75081
(214) 373-7788
(214) 373-7783 – fax

**TED B. LYON & ASSOCIATES**
Ted B. Lyon, *Trial Attorney*
Admitted *Pro Hac Vice*
**Marquette Wolf**
Admitted *Pro Hac Vice*
**Benjamin Barmore**
Admitted *Pro Hac Vice*
18601 LBJ Freeway
Suite 525
Mesquite, Texas 75150
(972) 279-6571
(972) 279-3021 - fax

**MARTINY & ASSOCIATES, LLC**
**Daniel R. Martiny**
Louisiana Bar No. 09012
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
(504) 834-7676
(504) 834-5409 - fax

**MURRAY, DARNELL &
ASSOCIATES, LLC**
**Edwin R. Murray**
Louisiana Bar No. 17069
1540 North Broad Street
New Orleans, Louisiana 70119
(504) 945-0042
(504) 942-5268 – fax

**BARKER, BOUDREAUX,
LAMY & FOLEY**
**Daniel S. Foley**
Louisiana Bar No. 05632
228 Saint Charles Avenue
Suite 1110
New Orleans, Louisiana 70130
(504) 586-9395
(504) 586-9410 - fax

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 24th day of August, 2012, a copy of the foregoing Motion For Leave to Amend was filed electronically to the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants, if any.

/s/ Richard D. Faulkner

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that on the 24th day of August, 2012, counsel for Plaintiffs conferred with counsel for Defendants via telephone regarding this Motion for Leave to Amend, and counsel for Defendants indicated they did not oppose this Motion.

/s/ Richard D. Faulkner