# EXHIBIT LIST – EXHIBIT "A" SUBPARTS

A-1  THE BANK OF NEW YORK MELLON

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Assignment of Mortgage | 8/11/2011 |
| Notarial Endorsement and Assignment of Mortgage Note | 6/24/2010 |
| Assignment of Mortgage Note | 5/26/2011 |
| Assignment of Mortgage Note | 12/29/2011 |
| Assignment of Mortgage | 12/2/2011 |
| Assignment of Mortgage Note and Mortgage | 7/22/2011 |
| Transfer of Note Secured by Mortgage | 5/11/2009 |

A-2  BANK OF AMERICA

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Notarial Endorsement and Assignment of Mortgage Note and Mortgage | 9/13/2010 |
| Mortgage | 10/3/2006 |
| Mortgage | 8/6/2009 |
| Mortgage | 8/24/2009 |
| Mortgage | 11/13/2006 |
| Mortgage | 12/4/2006 |
| Mortgage | 9/21/2011 |
| Mortgage | 5/4/2009 |
| Mortgage | 7/12/2010 |
| Mortgage | 7/27/2009 |

A-3  CITIMORTGAGE, INC.

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Mortgage | 9/7/2011 |
| Mortgage | 10/3/2006 |
| Mortgage | 4/8/2011 |
| Mortgage | 8/23/2010 |
| Mortgage | 6/13/2007 |
| Mortgage | 2/16/2007 |
| Mortgage | 2/9/2011 |
| Mortgage | 5/6/2012 |
| Mortgage | 4/28/2008 |

### A-4  MERRILL LYNCH CREDIT CORPORATION

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Mortgage | 6/4/2008 |
| Mortgage | 9/28/2009 |
| Mortgage | 6/19/2003 |
| Mortgage | 5/30/2008 |
| Mortgage | 1/9/2008 |
| Mortgage | 10/27/2005 |
| Mortgage | 6/11/2004 |
| Mortgage | 7/7/2008 |
| Mortgage | 12/11/2006 |
| Notarial Endorsement and Assignment of Mortgage | 2/20/2003 |
| Mortgage | 4/6/2004 |
| Mortgage | 12/22/2005 |
| Mortgage | 7/7/2010 |

### A-5  NATIONWIDE ADVANTAGE MORTGAGE COMPANY

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Mortgage | 11/12/2008 |
| Mortgage | 4/20/2007 |
| Mortgage | 8/26/2008 |
| Mortgage | 7/29/2005 |

### A-6  SUNTRUST MORTGAGE, INC.

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Mortgage | 6/22/2006 |
| Mortgage | 9/14/2005 |
| Mortgage | 4/5/2005 |
| Mortgage | 5/2/2011 |
| Mortgage | 7/28/2006 |
| Mortgage | 6/15/2011 |
| Mortgage | 4/9/2007 |
| Mortgage | 12/23/2004 |

### A-7  WASHINGTON MUTUAL BANK

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Lost Note Affidavit – Cancellation of Mortgage | 9/5/2003 |
| Notarial Endorsement and Assignment of Mortgage | 7/14/2003 |
| Notarial Endorsement and Assignment of Mortgage Note and Mortgage | 10/13/2011 |

| Release/Cancellation of Mortgage | 4/1/2003 |
| Lost Note Affidavit – Cancellation of Mortgage | 8/7/2003 |

A-8   WELLS FARGO BANK

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Assignment of Mortgage | 7/25/2006 |
| Notarial Endorsement and Assignment of Mortgage Note and Mortgage | 2/26/2007 |
| Corporate Assignment of Mortgage | 11/17/2011 |
| Corporate Assignment of Mortgage | 8/5/2011 |
| Corporate Assignment of Mortgage | 8/15/2011 |

A-9   DEUTSCHE BANK

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Assignment of Mortgage | 9/29/2009 |
| Notarial Endorsement and Assignment of Mortgage Note | 4/3/2007 |
| Transfer of Note Secured by Mortgage | 6/29/2006 |
| Corporate Assignment of Mortgage | 2/22/2006 |
| Corporate Assignment of Mortgage | 4/13/2006 |

A-10   U.S. BANK

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Assignment | 11/6/2007 |
| Assignment of Mortgage | 10/6/2011 |

A-11   J.P. MORGAN CHASE BANK, N.A.

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Notarial Endorsement and Assignment of Mortgage Note | 7/2/2007 |
| Assignment of Mortgage | 7/13/2010 |
| Notarial Endorsement and Assignment of Mortgage Note and Mortgage | 3/24/2011 |
| Request for Cancellation by Licensed Financial Institution | 9/14/2011 |

A-12   HSBC BANK

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Mortgage | 10/19/2009 |
| Mortgage | 11/15/2006 |
| Corporate Assignment of Mortgage | 11/22/2011 |
| Corporate Assignment of Mortgage | 11/18/2011 |
| Corporate Assignment of Mortgage | 12/6/2007 |

| Assignment of Mortgage | 9/19/2011 |

A-13 LA SALLE BANK, N.A.

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Notarial Endorsement and Assignment of Mortgage | 9/7/2011 |
| Notarial Endorsement and Assignment of Mortgage | 3/12/2007 |