UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE, et al. <br> Plaintiffs <br><br> v. <br><br> THE BANK OF NEW YORK MELLON, et al. <br> Defendants | * * * * * * * * * * * | CIVIL ACTION <br><br> NO: 3:12-CV-220 <br><br><br> JUDGE JAMES J. BRADY <br><br><br> MAGISTRATE STEPHEN RIEDLINGER |

*****************************************************************************

**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT AGAINST WASHINGTON MUTUAL FOR LACK OF SUBJECT-MATTER JURISDICTION OR, IN THE ALTERNATIVE, TO JOIN THE DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)[1]**

---

[1] The parties have stipulated, subject to the Court's approval, that Defendants' Motion to Dismiss the First Amended Complaint, ECF No. 69, shall be considered a Motion to Dismiss the Second Amended Complaint. *See* Stipulation Regarding Plaintiffs' Motion for Leave to File Second Amended Complaint 2, ECF No. 89.

417503.1

Defendant JPMorgan Chase Bank, N.A. as purchaser of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver for Washington Mutual Bank ("Chase"), hereby moves this Court to dismiss with prejudice Plaintiffs' Second Amended Complaint against Washington Mutual Bank pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is made based on the attached Memorandum of Law, and all exhibits submitted therewith, and such other written or oral arguments as may be presented to the Court at or before the hearing on this Motion.

Chase attaches to its Motion the following exhibits:

1. OTS Order No. 2008-36 (Sept. 25, 2008)

2. Purchase and Assumption Agreement Among FDIC, Receiver of Washington Mutual Bank, and JPMorgan Chase Bank, N.A. (Sept. 25, 2008)

3. Plaintiffs' Second Amended Complaint, Exhibit A-7

4. Summons Issued as to Chase Home Mortgage Corporation of the Southeast, ECF No. 15

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, the Court should dismiss all claims against WaMu in the Second Amended Complaint with prejudice.

DATED: August 31, 2012

                                        Respectfully submitted,

                                        /s/ Michael Ferachi_____
                                        Michael D. Ferachi (Bar No. 19566)
                                        Christine Lipsey (Bar No. 1182)
                                        McGlinchey Stafford PLLC
                                        One American Place, Fourteenth Floor
                                        301 Main Street
                                        Baton Rouge, Louisiana 70825
                                        Telephone: (225) 383-9000
                                        Facsimile: (225) 343-3076
                                        mferachi@mcglinchey.com
                                        clipsey@mcglinchey.com

                                        Of Counsel:

                                        Mary Beth Hogan
                                        Dino LaVerghetta
                                        DEBEVOISE & PLIMPTON LLP
                                        919 Third Avenue
                                        New York, New York 10022
                                        Telephone: (212) 909-6996
                                        Facsimile: (212) 909-6836
                                        mbhogan@debevoise.com
                                        dllaverg@debevoise.com

                                        *Attorneys for Defendant JPMorgan Chase Bank,*
                                        *N.A. as Purchaser of Certain Assets and Liabilities*
                                        *of Washington Mutual Bank from the Federal*
                                        *Deposit Insurance Corporation Acting as Receiver*
                                        *for Washington Mutual*