# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE, et al.** Plaintiffs | * * * * * * | **CIVIL ACTION** **NO: 3:12-CV-220** |
| v. | * * * | **JUDGE JAMES J. BRADY** |
| **THE BANK OF NEW YORK MELLON, et al.** Defendants | * * | **MAGISTRATE STEPHEN RIEDLINGER** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JUDGMENT

The Motion to Dismiss the Second Amended Complaint Against Washington Mutual Bank for Lack of Subject Matter Jurisdiction or, in the alternative, to Join the Defendants' Motion to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6) considered;

IT IS ORDERED, ADJUDGED, AND DECREED THAT this Court lacks subject-matter jurisdiction over any claims related to conduct by Washington Mutual Bank and the Motion to Dismiss the Second Amended Complaint Against Washington Mutual Bank for Lack of Subject Matter Jurisdiction is GRANTED and all claims by the plaintiffs against Washington Mutual Bank are dismissed pursuant to Fed. R. Civ. P. 12(b)(1).

THUS DONE AND SIGNED on the _____ day of _____, 2012 in Baton Rouge, Louisiana.

_____
Honorable James J. Brady
United States District Judge
Middle District of Louisiana

417500.1