# Exhibit 3

# EXHIBIT LIST – EXHIBIT "A" SUBPARTS

A-1    THE BANK OF NEW YORK MELLON

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Assignment of Mortgage | 8/11/2011 |
| Notarial Endorsement and Assignment of Mortgage Note | 6/24/2010 |
| Assignment of Mortgage Note | 5/26/2011 |
| Assignment of Mortgage Note | 12/29/2011 |
| Assignment of Mortgage | 12/2/2011 |
| Assignment of Mortgage Note and Mortgage | 7/22/2011 |
| Transfer of Note Secured by Mortgage | 5/11/2009 |

A-2    BANK OF AMERICA

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Notarial Endorsement and Assignment of Mortgage Note and Mortgage | 9/13/2010 |
| Mortgage | 10/3/2006 |
| Mortgage | 8/6/2009 |
| Mortgage | 8/24/2009 |
| Mortgage | 11/13/2006 |
| Mortgage | 12/4/2006 |
| Mortgage | 9/21/2011 |
| Mortgage | 5/4/2009 |
| Mortgage | 7/12/2010 |
| Mortgage | 7/27/2009 |

A-3    CITIMORTGAGE, INC.

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Mortgage | 9/7/2011 |
| Mortgage | 10/3/2006 |
| Mortgage | 4/8/2011 |
| Mortgage | 8/23/2010 |
| Mortgage | 6/13/2007 |
| Mortgage | 2/16/2007 |
| Mortgage | 2/9/2011 |
| Mortgage | 5/6/2012 |
| Mortgage | 4/28/2008 |

1

EXHIBIT LIST – EXHIBIT "A" SUBPARTS - Page 1 of 4

Case 3:12-cv-00220-JJB-SCR   Document 90-1   08/24/12   Page 2 of 20

A-4   MERRILL LYNCH CREDIT CORPORATION

| ITEM MAILED / TRANSMITTED | DATE |
| --- | --- |
| Mortgage | 6/4/2008 |
| Mortgage | 9/28/2009 |
| Mortgage | 6/19/2003 |
| Mortgage | 5/30/2008 |
| Mortgage | 1/9/2008 |
| Mortgage | 10/27/2005 |
| Mortgage | 6/11/2004 |
| Mortgage | 7/7/2008 |
| Mortgage | 12/11/2006 |
| Notarial Endorsement and Assignment of Mortgage | 2/20/2003 |
| Mortgage | 4/6/2004 |
| Mortgage | 12/22/2005 |
| Mortgage | 7/7/2010 |

A-5   NATIONWIDE ADVANTAGE MORTGAGE COMPANY

| ITEM MAILED / TRANSMITTED | DATE |
| --- | --- |
| Mortgage | 11/12/2008 |
| Mortgage | 4/20/2007 |
| Mortgage | 8/26/2008 |
| Mortgage | 7/29/2005 |

A-6   SUNTRUST MORTGAGE, INC.

| ITEM MAILED / TRANSMITTED | DATE |
| --- | --- |
| Mortgage | 6/22/2006 |
| Mortgage | 9/14/2005 |
| Mortgage | 4/5/2005 |
| Mortgage | 5/2/2011 |
| Mortgage | 7/28/2006 |
| Mortgage | 6/15/2011 |
| Mortgage | 4/9/2007 |
| Mortgage | 12/23/2004 |

A-7   WASHINGTON MUTUAL BANK

| ITEM MAILED / TRANSMITTED | DATE |
| --- | --- |
| Lost Note Affidavit – Cancellation of Mortgage | 9/5/2003 |
| Notarial Endorsement and Assignment of Mortgage | 7/14/2003 |
| Notarial Endorsement and Assignment of Mortgage Note and Mortgage | 10/13/2011 |

| Release/Cancellation of Mortgage | 4/1/2003 |
| Lost Note Affidavit – Cancellation of Mortgage | 8/7/2003 |

A-8    WELLS FARGO BANK

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Assignment of Mortgage | 7/25/2006 |
| Notarial Endorsement and Assignment of Mortgage Note and Mortgage | 2/26/2007 |
| Corporate Assignment of Mortgage | 11/17/2011 |
| Corporate Assignment of Mortgage | 8/5/2011 |
| Corporate Assignment of Mortgage | 8/15/2011 |

A-9    DEUTSCHE BANK

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Assignment of Mortgage | 9/29/2009 |
| Notarial Endorsement and Assignment of Mortgage Note | 4/3/2007 |
| Transfer of Note Secured by Mortgage | 6/29/2006 |
| Corporate Assignment of Mortgage | 2/22/2006 |
| Corporate Assignment of Mortgage | 4/13/2006 |

A-10   U.S. BANK

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Assignment | 11/6/2007 |
| Assignment of Mortgage | 10/6/2011 |

A-11   J.P. MORGAN CHASE BANK, N.A.

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Notarial Endorsement and Assignment of Mortgage Note | 7/2/2007 |
| Assignment of Mortgage | 7/13/2010 |
| Notarial Endorsement and Assignment of Mortgage Note and Mortgage | 3/24/2011 |
| Request for Cancellation by Licensed Financial Institution | 9/14/2011 |

A-12   HSBC BANK

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Mortgage | 10/19/2009 |
| Mortgage | 11/15/2006 |
| Corporate Assignment of Mortgage | 11/22/2011 |
| Corporate Assignment of Mortgage          3 | 11/18/2011 |
| Corporate Assignment of Mortgage | 12/6/2007 |

| Assignment of Mortgage | 9/19/2011 |

A-13  LA SALLE BANK, N.A.

| ITEM MAILED / TRANSMITTED | DATE |
|---|---|
| Notarial Endorsement and Assignment of Mortgage | 9/7/2011 |
| Notarial Endorsement and Assignment of Mortgage | 3/12/2007 |

ENTRY NO. 259275   RECORDED IN MORTGAGE BOOK 966 AT FOLIO 293

SEP 05 2003

**LOST NOTE AFFIDAVIT - CANCELLATION OF MORTGAGE**
Wamu - VH #:3065403069 "LANDRY"  Lender ID:F25/111/1684002790  Saint Mary, Louisiana
State of Louisiana  Parish of Saint Mary

Before me, the undersigned Notary, personally appeared the undersigned, who being duly sworn did depose and say that he/she/they is/are the Authorized officers for Mortgage Electronic Registration Systems, Inc. as nominee for Washington Mutual Bank, FA the last holder of that certain Promissory Note for the sum of $265,000.00 executed by PAUL T LANDRY AND KIMBERLY A LANDRY payable to MERS AS NOMINEE FOR WASHINGTON MUTUAL BANK, FA which note was dated 10/21/2002 and paraphed for identification with an act of Mortgage executed before ILLEGIBLE, which mortgage is recorded in the records of Saint Mary Parish in MOB: 927 Folio: 728 as Act Number: 253483 on 10/22/2002 and is secured by the following described property :

Legal:  THAT CERTAIN TRACT OR PARCEL OF LAND, TOGETHER WITH ALL IMPROVEMENTS THEREON, AND ALL RIGHTS, WAYS, PRIVILEGES, APPURTENANCES AND PRESCRIPTIONS THEREUNTO BELONGING OR IN ANYWISE APPERTAINING, BEING LOT 12 AND THE WEST ONE-HALF (W/2) OF LOT 13 OF SQUARE 16 OF UNIT 1 OF LAKESIDE SUBDIVISION, ST. MARY PARISH, LOUISIANA, AS SHOWN ON PLAT OF SURVEY BY J. J. KREBS & SONS, CIVIL ENGINEERS AND SURVEYORS DATED JULY 30, 1963 ATTACHED TO ACT OF BUILDING RESTRICTIONS AND SERVITUDES, RECORDED NOVEMBER 15, 1963 IN ST. MARY PARISH COB 12-X, PAGE 595, ENTRY NO. 119565.  ACCORDING TO SAID PLAT, THE SAID TRACT FRONTS 150 FEET ON THE NORTH SIDE OF LAKE PALOURDE DRIVE BY A DEPTH ALONG ITS EASTERN BOUNDARY OF 250 FEET, MORE OR LESS AND A DEPTH ALONG ITS WESTERN BOUNDARY LINE OF 240 FEET; BOUNDED NORTH BY LAKE PALOURDE, EAST BY THE REMAINDER OF LOT 13, SOUTH BY LAKE PALOURDE DRIVE AND WEST BY LOT 11, ALL LOTS LYING IN SQUARE 16 OF UNIT 1 OF LAKESIDE SUBDIVISION.
BEING THE SAME PROPERTY ACQUIRED BY PAUL THOMAS LANDRY, ET UX FROM BLAKE EDWARD FORET, ET UX BY CASH DEED DATED MAY 29, 2001 AND RECORDED ON MAY 30, 2001 IN ST. MARY PARISH COB 44-F, PAGE 350, ENTRY NO. 273917.
Property Address: 3121 LAKE PALOURDE DRIVE, MORGAN CITY, LA 70380

Affiant further deposed that Mortgage Electronic Registration Systems, Inc. as nominee for Washington Mutual Bank, FA was the last holder in due course of said Note and that said Note is lost and cannot be located by affiant after due and diligent search for same.

Affiant did further depose that on 07/28/2003 makers of said note or their agents did pay said note and mortgage in full and that nothing remains due on same, that affiant has not sold, transferred or assigned said note to any other person or entity; and that affiant does hereby authorize the recorder of mortgage for Saint Mary Parish to cancel the inscription of that mortgage above described and recorded in MOB: 927 Folio: 728 as Act Number: 253483.

Affiant does hereby agree to indemnify any person or entity for damages resulting to such person or entity as a consequence of cancelling the aforesaid Mortgage pursuant to this affidavit, which affidavit is executed under the provisions of L.A.R.S. 9:5168. Recorder of Mortgages is authorized to add any Assignments, Assumptions or Amendments to the original Mortgage Inscription and cancel all auxilliary acts.

Mortgage Electronic Registration Systems, Inc. as nominee for Washington Mutual Bank, FA
On August 27th, 2003

By: _____
JEFF PROSE, Vice-President

WITNESS                                                    WITNESS

_____                   _____
MIKE HILDEBRAND                                  MYRA DUKE

"JLW"JLWAMRC"08/27/2003 01:16:06 AM" WAMU05WAMT00000000000000000488825" LASTMAY" 3065403069 LASTATE_MORT_IND ""MSHAMRC

5

EXHIBIT
A-7

Book: 966 Page: 296

LOST NOTE AFFIDAVIT - CANCELLATION OF MORTGAGE Page 2 of 2

297

STATE OF Missouri
COUNTY OF Taney

On August 27th, 2003, before me, J. R. DUKE, a Notary Public in and for Taney in the State of Missouri, personally appeared JEFF PROSE, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

J. R. DUKE
Notary Expires: 07/23/2007

J.R. DUKE
Notary Public - Notary Seal
STATE OF MISSOURI
Taney County
My Commission Expires July 23, 2007

(This area for notarial seal)

When Recorded Return To: PAUL T LANDRY PO BOX 2684, MORGAN CITY, LA 70381
Recording Requested By: AMERICAN RELEASE CORPORATION

CLERK'S OFFICE, FRANKLIN, LA
Received and filed for
recordation at 9:45 A M.
on SEP 0 5 2003
Dy Clerk of Court

*JLW*JLWAMRC*08/27/2003 01:18.06 AM* WAMU05WAMT0000000000000000488826* LASTMAY* 3065403069 LASTATE_MORT_IND *"MSHAMRC

6

Case 3:12-cv-00020-JBS-CRD Document 9-5 08/24/12 Page 7 of 20

WHEN RECORDED RETURN TO:
HOMESIDE LENDING
7301 BAYMEADOWS WAY
JACKSONVILLE, FL 32256
ATTN: TANGERINE HARRISON MR-RA

7978618 - 456    E15

*18622549*

POOL# 494080

# NOTARIAL ENDORSEMENT AND ASSIGNMENT OF MORTGAGE

COVERING PROPERTY LOCATED IN
STATE OF **LOUISIANA**
PARISH OF **CALDWELL**

On **September 5, 2002**, before me **KATHY J. CHOAT** a Notary Public, personally appeared **JANET E. KOENIG**

its **VICE PRESIDENT**

of **WASHINGTON MUTUAL BANK, FA, SUCCESSOR TO NORTH AMERICAN MORTGAGE COMPANY**

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

That, for value received, the said

**WASHINGTON MUTUAL BANK, FA, SUCCESSOR TO NORTH AMERICAN MORTGAGE COMPANY** does hereby assign, transfer, sell

and deliver to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS** its successors and assigns

as nominee for **WASHINGTON MUTUAL BANK, FA, SUCCESSOR TO NORTH AMERICAN MORTGAGE COMPANY**

its successors and assigns, **P.O. BOX 2026, FLINT, MI 48501-2026**

one certain mortgage note dated **August 5, 1998**, in the original principal sum of

**$45,325.00** Dollars.

MADE AND SUBSCRIBED BY:

**ROBERT E.A. BROWN TAMARA ROBINSON BROWN**

payable to the order of "myself" (or ourselves) and by mortgagor(s) endorsed, or payable to the order of "bearer", or payable to the order of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.**

The said mortgage note is secured by a certain mortgage of even date therewith on the following described property located in **CALDWELL** Parish, Louisiana:

7

LA2 03/02    HSL02A                                                      Page 1

MIN    100054100001890699    MERS PHONE: 1-888-679-6377

7978618 - 456    E15

POOL #:    494080

Property Address: **279 BURROUGHS ROAD, COLUMBIA, LA 71418**

Said mortgage was executed by said parties and recorded in **CALDWELL** Parish, Louisiana, on the **August 5, 1998**, as Entry No. **189028**, as Entry No. _____ (Book) _____ (Page), in the official mortgage records of said parish, which mortgage is also assigned to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.** pursuant hereto.

Thus done and passed on, **September 5, 2002** in the presence of the two undersigned, both competent witnesses, who have signed these presents with said appearer, and me, Notary, after reading whole.

**WASHINGTON MUTUAL BANK, FA, SUCCESSOR TO NORTH AMERICAN MORTGAGE COMPANY**

WITNESSES:

_Diana Trobradovic_  BY: _Janet E Koenig_
**DIANA TROBRADOVIC**            **JANET E. KOENIG**
ASSISTANT SECRETARY              VICE PRESIDENT

_Charlene Way_                   _Kathy J. Choat_
**CHARLENE WAY**                 **KATHY J. CHOAT**
WITNESS                          NOTARY PUBLIC

(seal)

Kathy J. Choat
MY COMMISSION # DD027011 EXPIRES
May 17, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

LA2 03/02  HSL02A                8                                   Page 2
MIN  100054100001890699    MERS PHONE: 1-888-679-6377

Case 3:12-cv-00020-JBS-CRD Document 94-5 08/24/12 Page 9 of 20
000108

1862249

typewritten to follow the following described property situated...

Nine (9) acres in the form of a square situated in the SE corner of the NE/4 of NE/4 of Section 30, T13N, R5E, Caldwell Parish, Louisiana, as reserved by James E. Moore, et ux, in that one certain deed to Guy R. Bennett, et ux, recorded at DR#113753 in Conveyance Book 85, Page 444, records of Caldwell Parish, Louisiana,

Caldwell Parish, Louisiana;

which has the address of 279 Burroughs Road [Street, City], Louisiana 71418 [Zip Code] ("Property Address");

Columbia

379

-4R(LA) (9505)  FHA Louisiana Mortgage - 5/95
VMP MORTGAGE FORMS - (800)521-7291
Printed on Recycled Paper
Page 1 of 6

9

000105

# Jon A. Gegenheimer
# JEFFERSON PARISH CLERK OF COURT



## Mortgage & Conveyance Office
P.O. Box 10
Gretna LA 70054-0010
Ph.: (504) 364-2943 or (504) 364-2944  FAX: (504) 364-2942
www.jpclerkofcourt.us

## NOTICE OF RECORDATION

INSTRUMENT NO 11146118  ADDITIONAL INFORMATION
TYPE OF ACT ASSIGNMENT MB
DATE   10/13/2011

PARTIES
JAMES G SHEPPARD                    TO  WASHINGTON MUTUAL BANK NA

PROPERTY        L2 HENNESSEY COURT

MORTGAGE     BOOK  4503     FOLIO  411

I HEREBY CERTIFY THAT THIS ACT HAS BEEN FILED WITH THIS OFFICE AND RECORDED AS SET FORTH ABOVE.

*Jon A. Gegenheimer*
CLERK OF COURT

INQUIRIES?  CALL:
General Information - (504) 364-2943 or 2944
Notice of Recordation - (504) 364-2952

11146118

*Gaining access to the records of the Jefferson Parish Clerk of Court's Office has never been easier or more convenient. Read about JeffNet at www.jpclerkofcourt.us. Log on…sign up…gain access—today!*

10

CHASE
201 E MAIN ST
LEXINGTON KY 40507

11146118

10/13/2011 01:20:02 PM JEFF PAR 3029891 HRB $35.00
11146118 MORTGAGE BOOK 4503 PAGE 411

State of Louisiana
Parish of Ouachita

Loan Name: James G. Sheppard and Jennifer C. Sheppard
Loan No.: 8469962198

## NOTARIAL ENDORSEMENT AND ASSIGNMENT OF MORTGAGE NOTE AND MORTGAGE

On 9/29/2011, before me, the undersigned Notary Public in and for the State of Louisiana, therein residing, in the presence of the undersigned witnesses:

Personally came and appeared Mortgage Electronic Registration Systems, Inc., 1901 E. Voorhees St., Ste. C, Danville, IL 61834, as nominee for JPMorgan Chase Bank, NA, having its place of business at 780 Kansas Lane, 2nd Floor, Monroe, LA 71203, herein appearing through, Courtney Sorensen, its Assistant Secretary, and who, upon appearing on behalf of the said association of the United States, and who being duly authorized declared:

That, for value received, the said Mortgage Electronic Registration Systems, Inc. as nominee for JPMorgan Chase Bank, NA, an instrumentality of the United States, does hereby assign, transfer, sell and deliver all without recourse, representation or warranty whatsoever, expressed or implied to:, a corporation organized under the laws of the United States of America, having an address of: , one certain mortgage note, dated 9/17/2002, and subscribed by James G. Sheppard and Jennifer C. Sheppard, payable to the order of Washington Mutual Bank, FA, which mortgage note is secured by a mortgage of even date therewith, executed by the same parties, in the same amount, recorded in the official records of   Jefferson Parish,  LA, on 9/19/2002  in    Book: 4083  Page: 168     $ 142,500.00
52 Hennessy Ct., Harahan, Louisiana 70123

SEE ATTACHED LEGAL DESCRIPTION

That Mortgage Electronic Registration Systems, Inc. as nominee for JPMorgan Chase Bank, NA, is the legal and equitable owner of the said note and mortgage with full power to sell and assign the same; that it has executed no prior assignment or pledge thereof; that it has executed no release, discharge, satisfaction or cancellation of said mortgage; that it has executed no release of any portion of the security described in said mortgage; and that it has executed no instrument of any kind affecting the mortgage or the note or the liability of the maker or makers thereof.

This signed in my office, in the aforementioned county and state, on the date first herein above written, in the presence of the undersigned competent witnesses, who have signed with said appeared and me, Notary, after due reading to the whole.
Signed in the presence of:

By: _____
Courtney Sorensen, Assistant Secretary

Witness: _____
Faye Turner

Witness: _____
Madrunika Jackson

_____
Helen Tubbs #40392- Notary Public
Parish of Ouachita, State of Louisiana
Lifetime Commission

Mail to:
JPMorgan Chase Bank, NA
780 Kansas Lane, Suite B
Monroe, LA 71203
Prepared By: Raquel Hassen

100054130002842779     888-679-MERS         11
P.O. Box 2026, Flint, MI 48501



1114611S

PAGE TWO

Loan Name: James G. Sheppard and Jennifer C. Sheppard
Loan No.: 8469962198

LEGAL DESCRIPTION:

### EXHIBIT "A"

TO BE ANNEXED TO AND MADE A PART OF AN ACT OF MORTGAGE BY JENNIFER CRONIN, WIFE OF/AND JAMES G. SHEPPARD IN FAVOR OF WASHINGTON MUTUAL BANK, FA BY ACT BEFORE JAMES T. FLANAGAN, NOTARY PUBLIC, DATED SEPTEMBER 17, 2002, IN THE AMOUNT OF $142,500.00.

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all of the buildings and improvements thereon and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the State of Louisiana, Parish of Jefferson, in that subdivision known as HENNESSEY COURT, and according to a survey by Adloe Orr, Jr., and Associates, C.E, dated June 20, 1965, said portion of ground is designated as follows:

Lot No. 2, bounded by Hennessey Court, commences at the junction of Hennessey Court on the North and Hennessey Court on the East, thence along Hennessey Court on the East, in a Southerly direction 54.18 feet to a point of curvature, thence 17.47 feet along the arc of a curve having a radius of 25 feet to a point of tangency; thence 68.47 feet to the northeast corner of the lot, and said Lot 2 measures 60 feet front on Hennessey Court, same width in the rear, by a depth of 110 feet, between equal and parallel lines.

The improvements thereon bear the Municipal No. 52 Hennessey Court, River Ridge, La.

Being the same property acquired by Jennifer Cronin, wife of/and James G. Sheppard from Phyllis Billiot, wife of/and Michael P. Hernandez, Sr., dated of even date herewith.

### MARITAL STATUS OF BORROWERS:

JENNIFER CRONIN, (SS# 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), WIFE OF/AND JAMES G. SHEPPARD, (SS# 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), both persons of the full age of majority and residents of the Parish of Jefferson, State of Louisiana, who declared unto me, Notary, under oath, that they have each been married as follows:

JENNIFER CRONIN SHEPPARD, has been married but once and then to James G. Sheppard with whom she is presently living and residing and whose mailing address will be 52 Hennessey Court, River Ridge, La. 70123

JAMES G. SHEPPARD has been married twice; first to Tonia Aud Sheppard from whom he was divorced in March of 1985, and secondly to Jennifer Cronin Sheppard, with whom he is presently living and residing and whose mailing address will be 52 Hennessey Court, River Ridge, La. 70123.

12

187959

mtg BOOK 261 PAGE 319
BOO: PAGE

2003 APR 1 PM 1 14
Juu C Bell
DY. CLERK & RECORDER
LASALLE PARISH

## RELEASE/CANCELLATION OF MORTGAGE

WAMU-VH #:5300383022 "Comeaux"   Lender ID:F48/1675711981   La Salle, Louisiana

BE IT KNOWN, that on 02/27/2003, Before Me, PEG WEBER the undersigned Notary Public, and in the presence of the subscribing witnesses personally came and appeared the undersigned authorized representative of MORTGAGE ELECTRONIC REGISTRATIONS SYSTEM INC, AS NOMINEE FOR WASHINGTON MUTUAL BANK, FA SUCCESSOR TO NORTH AMERICAN MORTGAGE COMPANY who declared that a certain note payable to the order of MERS AS NOMINEE FOR NORTH AMERICAN MORTGAGE COMPANY made by DANNY CARL COMEAUX AND LAUREL KNIGHT COMEAUX, HUSBAND AND WIFE (HIS SS# 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) (HER SS# 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) in the full sum of $50,150.00 payable from 11/28/2000 under the terms recited therein, bearing interest at the rate of SEVEN POINT EIGHT SEVEN FIVE percent (7.875%) per annum, secured by an act of Mortgage passed before J. LAWRENCE MULLENS, Notary Public and recorded in the Official Records of the Clerk of Court and Recorder of mortgages for the Parish of LA SALLE, in Louisiana, as Act Number 178702 MOB 233, Folio 337, on 11/30/2000, affecting the following property:

Legal:  EXHIBIT "A"
TWO (2) ACRES OF LAND MORE OR LESS DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHEAST CORNER OF THE WEST HALF OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 25, TOWNSHIP 11 NORTH, RANGE 2 EAST, LA. MER. AND RUNNING SOUTH 140 YARDS, THENCE WEST 70 YARDS, THENCE NORTH 140 YARDS, THENCE EAST 70 YEARS TO STARTING POINT, TOGETHER WITH ALL IMPROVEMENTS THEREON AND THERETO BELONGING, INCLUDING ONE RESIDENCE IN LASALLE PARISH, LOUISIANA, AS SHOWN BY PLAT OF SAME RECORDED IN CONVEYANCE BOOK 00, PAGE 241 OF THE RECORDS OF LASALLE PARISH, LOUISIANA.

Property Address:   4919  Rosefield Road,Olla,LA,71465

THE ABOVE-DESCRIBED NOTE has been paid and otherwise fully and completely satisfied, and is attached hereto, marked "Paid", and appearer hereby authorizes the Clerk of Court and Recorder of Mortgages for the Parish of LA SALLE, Louisiana, to record and index this Act of Cancellation pursuant to the provisions of Louisiana Civil Code Article 3385.1.

MORTGAGE ELECTRONIC REGISTRATIONS SYSTEM
INC, AS NOMINEE FOR WASHINGTON MUTUAL
BANK, FA SUCCESSOR TO NORTH AMERICAN
MORTGAGE COMPANY
On    February 27, 2003

By: _____
MELANIE BEST, VICE PRESIDENT


WITNESS                                          WITNESS
_____                          _____
KAREN SPAINHOUR                                  MARY HERNDON

TAK*20030227-0029 LALA SA LA SALLE LA BAT: 18000 KXLAROM1

178702
233/337

13

320

Page    Release/Cancellation of Mortgage

STATE OF Missouri
COUNTY OF Stone

ON February 27, 2003, before me, PEG WEBER, a Notary Public in and for the County of Stone County, State of Missouri, personally appeared Melanie Best, Vice President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

_____
PEG WEBER
Notary Expires: 09/27/2005

PEG WEBER
Notary Public - Notary Seal
STATE OF MISSOURI
Stone County
My Commission Expires Sept. 27, 2005

(This area for notarial seal)

ARC, P.O. Box 458, Kimberling City, Mo. 65686-9906, 417-739-9412
TAK*20030227-0029 LA LA SA LA SALLE LA BAT: 18000/5300383022 KXLAROM1

When Recorded Return To: Danny Comeaux, P.o Box 871, OLLA, LA, 71465-0000
Recording Requested By: American Release Corporation

14

NFLA
H04

321  4393909-885

NOTE MIN: 100054I-300000I5909-3

[Date] NOVEMBER 28, 2000        [City] MONROE, LOUISIANA        [State]

4919 ROSEFIELD ROAD, OLLA, LA 71465
[Property Address]

### 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 50,150.00 (this amount is called "principal"), plus interest, to the order of the Lender. The Lender is NORTH AMERICAN MORTGAGE COMPANY

. I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

### 2. INTEREST

Interest will be charged on unpaid principal until the full amount of principal has been paid. I will pay interest at a yearly rate of 7.875 %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

### 3. PAYMENTS

(A) Time and Place of Payments

I will pay principal and interest by making payments every month.

I will make my monthly payments on the 1ST day of each month beginning on JANUARY 01, 2001. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. My monthly payments will be applied to interest before principal. If, on DECEMBER 01, 2030, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at 3883 AIRWAY DRIVE, SANTA ROSA, CA 95403

or at a different place if required by the Note Holder.

(B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. $ 363.63

### 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "prepayment." When I make a prepayment, I will tell the Note Holder in writing that I am doing so.

I may make a full prepayment or partial prepayments without paying any prepayment charge. The Note Holder will use all of my prepayments to reduce the amount of principal that I owe under this Note. If I make a partial prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

### 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (i) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (ii) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the principal I owe under this Note or by making a direct payment to me. If a refund reduces principal, the reduction will be treated as a partial prepayment.

### 6. BORROWER'S FAILURE TO PAY AS REQUIRED

(A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of 15 calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 5.0 % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

(B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

(C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of principal which has not been paid and

LOUISIANA FIXED RATE NOTE—Single Family —Fannie Mae/Freddie Mac Uniform Instrument        Form 3219 11/96
Page 1 of 3
—5R(LA) (9611)        VMP MORTGAGE FORMS - (800)521-7291        Initials: 

all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is delivered or mailed to me.

(D) No Waiver by Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

(E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, attorney's fees of   10.000   % of the sums due under this Note, but not less than U.S. $   750.00   .

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

Transfer of the Property or a Beneficial Interest in Borrower. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Security Instrument.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

For purposes of this paragraph, the phrase "sold or transferred" shall also include, but not be limited to, the making of all or any part of the Property or any interest in it the subject of a bond for deed, contract for deed, installment sales contract, escrow agreement or similar arrangement the intent of which is the transfer of title by Borrower at a future date to a third-party purchaser.

-5R(LA) (9611)   Page 2 of 3   Form 3219 11/96
Initials: *DCC*
*LCC*



WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

323

_____ (Seal)
**Danny Carl Comeaux** -Borrower
DANNY CARL COMEAUX
SSN: 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

_____ (Seal)
**Laurel Knight Comeaux** -Borrower
LAUREL KNIGHT COMEAUX
SSN: 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

_____ (Seal)
-Borrower
SSN:

_____ (Seal)
-Borrower
SSN:

_____ (Seal)
-Borrower
SSN:

_____ (Seal)
-Borrower
SSN:

_____ (Seal)
-Borrower
SSN:

_____ (Seal)
-Borrower
SSN:

"NE VARIETUR" for identification with a mortgage given before me on November 28, 2000   [Sign Original Only]

Notary qualified in    Ouachita    Parish, Louisiana
J. LAWRENCE MULLENS

~~WITHOUT RECOURSE, PAY TO THE ORDER OF
NORTH AMERICAN MORTGAGE COMPANY
By: _Liz Papke_
LIZ PAPKE, VICE PRESIDENT~~
ENDORSEMENT CANCELLED

PAID IN FULL AND SATISFIED
DATE: 02/27/03
MTG Electronic Registration
_Rod Schmitz_
Rod Schmitz — Vice President
WaMu Loan # 5300383022
Systems Inc. As Nominee for
Washington Mutual Bank FA
Successor to North American
MTG Co.

—6R(LA) (9611)    Page 3 of 3    Form 3219 11/96

Case 3:12-cv-00200-JBSSCR Document 90-45 08/23/11 Page 208 of 287

**LOST NOTE AFFIDAVIT - CANCELLATION OF MORTGAGE**

Wamu - VH #:5944871515 "BECKLEY" Lender ID:F43/622/1673051824 Caldwell, Louisiana
State of Louisiana Parish of Caldwell

Before me, the undersigned Notary, personally appeared the undersigned, who being duly sworn did depose and say that he/she/they is/are the Authorized officers for Mortgage Electronic Registration Systems, Inc. as nominee for Washington Mutual Bank, FA, successor to Washington Mutual Home Loans, Inc. f/k/a PNC Mortgage Corp. of America the last holder of that certain Promissory Note for the sum of $40,500.00 executed by HARRIS R BECKLEY AND MARLENE HOWELL BECKLEY, HUSBAND AND WIFE payable to HOMELAND FEDERAL SAVINGS BANK which note was dated 06/16/1999 and paraphed for Identification with an act of Mortgage executed before DAVID G. ERSKINE, which mortgage is recorded in the records of Caldwell Parish in MOB: 169 Folio: 163 as Act Number: 191870 on 06/16/1999 and is secured by the following described property :

Legal: TWO (2) ACRES OF LAND, MORE OR LESS, IN SECTION 19, TOWNSHIP 13 NORTH, RANGE 5 EAST, DESCRIBED AS FOLLOWS, TO-WIT:
BEGINNING AT THE NORTHWEST CORNER OF THE SE-1/4 OF SE-1/4 OF SECTION 19, TOWNSHIP 13 NORTH, RANGE 5 EAST AND RUN SOUTH 281 FEET; THENCE EAST 310 FEET; THENCE NORTH 281 FEET TO FORTY LINE; THENCE WEST 310 FEET TO THE PLACE OF BEGINNING, CONTAINING TWO (2) ACRES OF LAND, MORE OR LESS, AND SITUATED IN THE NORTHWEST CORNER OF THE SE-1/4 OF THE SE-1/4 OF SECTION 19, TOWNSHIP 13 NORTH, RANGE 5 EAST, CALDWELL PARISH, LOUISIANA, AS SHOWN BY PLAT AND PROCES VERBAL BY R. M. IRWIN, PARISH SURVEYOR, DATED NOVEMBER 17TH, 1959, FILE NUMBER 105574. SAID PROPERTY HAS AN ADDRESS OF 193 BECKLEY ROAD, COLLUMBIA, LOUISIANA 71418.
Property Address: 193 BECKLEY ROAD, COLUMBIA, LA 71418

Affiant further deposed that Mortgage Electronic Registration Systems, Inc. as nominee for Washington Mutual Bank, FA, successor to Washington Mutual Home Loans, Inc. f/k/a PNC Mortgage Corp. of America was the last holder in due course of said Note and that said Note is lost and cannot be located by affiant after due and diligent search for same.

Affiant did further depose that on 06/18/2003 makers of said note or their agents did pay said note and mortgage in full and that nothing remains due on same, that affiant has not sold, transfered or assigned said note to any other person or entity; and that affiant does hereby authorize the recorder of mortgage for Caldwell Parish to cancel the inscription of that mortgage above described and recorded in MOB: 169 Folio: 163 as Act Number: 191870.

Affiant does hereby agree to indemnify any person or entity for damages resulting to such person or entity as a consequence of cancelling the aforesaid Mortgage pursuant to this affidavit, which affidavit is executed under the provisions of L.A.R.S. 9:5168. Recorder of Mortgages is authorized to add any Assignments, Assumptions or Amendments to the original Mortgage Inscription and cancel all auxilliary acts.

Mortgage Electronic Registration Systems, Inc. as nominee for Washington Mutual Bank, FA, successor to Washington Mutual Home Loans, Inc. f/k/a PNC Mortgage Corp. of America
On July 11th, 2003

By _____
BETTY AMBROSE, Vice-President

WITNESS

Brandon Robinette

WITNESS

Judy Edwards

*JLW*JLWAMRC*07/11/2003 08:51:43 AM* WAMU05WAMUCOVNXXXXXXXX5944871515* LACALDW* 5944871515 *STATE_MORT_IND*MBBAMRC

000705

Case 3:22-cv-00200-JBSS-CR Document 90-45 08/23/22 Page 209 of 287

STATE OF Missouri
COUNTY OF Stone

ON July 11th, 2003, before me, MELANIE BEST, a Notary Public in and for the County of Stone County, State of Missouri, personally appeared BETTY AMBROSE, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
MELANIE BEST
Notary Expires: 03/22/2005

```
MELANIE BEST
Notary Public - Notary Seal
STATE OF MISSOURI
STONE COUNTY
My Commission Expires Mar 22, 2005
```

(This area for notarial seal)

When Recorded Return To: HARRIS BECKLEY 193 BECKLEY RD, COLUMBIA, LA 714183947
Recording Requested By: AMERICAN RELEASE CORPORATION

*JLW*JLWAMRC*07/11/2003 08:51:43 AM* WAMU05WAMUCOVNXXXXXXXXX5944871515* LACALDW* 5944871515 LASTATE_MORT_IND **MBBAMRC

19