UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOUG WELBORN

CIVIL ACTION

VERSUS

NO. 11-220-JJB

THE BANK OF NEW YORK
MELLON CORPORATION, ET AL.

**NOTICE TO PARTIES**

A motion (doc. 91) to dismiss was filed on August 31, 2012.

Any opposition(s) to said motion(s) shall be filed on or before September 21, 2012.

Any reply shall be filed within 15 days of the filing of the opposition.

Baton Rouge, Louisiana, September 5, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA