UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOUG WELBORN, *et al.* | |
| Plaintiffs | Civil Action No. 3:12-CV-220 |
| v. | Judge James J. Brady |
| THE BANK OF NEW YORK MELLON, *et al.* | Magistrate Judge Stephen C. Riedlinger |
| Defendants | |

## ORDER ON PLAINTIFFS' AND DEFENDANTS' STIPULATION REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND DEFENDANTS' MOTION TO DISMISS

It is hereby ORDERED that:

1. Defendants' Motion to Dismiss of July 23, 2012 shall be considered a Motion to Dismiss Plaintiffs' Second Amended Complaint, and Plaintiffs' opposition of August 10, 2012 shall be considered an opposition to that Motion to Dismiss.

2. Defendants shall file any reply briefs in support of their Motion to Dismiss by September 10, 2012.

Signed in Baton Rouge, Louisiana, on September 10, 2012.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**

417994.1