UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA; et al.;<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON; et al.;<br><br>Defendants. | CIVIL ACTION NO. 3:12-CV-220 |

## PLAINTIFFS' MOTION FOR ORAL ARGUMENT ON DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

COME NOW, Plaintiffs, Doug Welborn, in his official capacity as Clerk of Court of the Nineteenth Judicial District for the Parish of East Baton Rouge, Louisiana; *et al.*, and would respectfully show the Court as follows:

### I. RELIEF REQUESTED

1. Plaintiffs respectfully request oral argument on Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint ("Motion to Dismiss") now pending before this Court.

2. Plaintiffs' R.I.C.O. cause of action involves novel and complex issues. Defendants' Reply Brief in Support of Defendants' Motion to Dismiss demonstrates confusion of the issues before this Court which oral argument would clarify. Specifically, Defendants' Motion to Dismiss requires the detailed analysis of standing under the R.I.C.O. statute, duties and obligations under Federal securities laws, the standard of causation under R.I.C.O. and the

particularly of Plaintiffs' pleadings regarding the R.I.C.O. predicate acts of mail and wire fraud. These are complicated and specialized areas of law. Plaintiffs believe oral argument will be extremely beneficial in assisting the Court's efficient assessment of the pending Motion to Dismiss.

3. Defendants also raise new issues for the first time in their Reply brief, including standing under the Federal Trust Indenture Act of 1939 ("TIA"), the interpretation of TIA statutory language, MERS' supposed disclaimer or satisfaction of any duty to record mortgage assignments, an "obvious alternative explanation" for Defendants' specific intent to defraud, and piercing the corporate veil. Because Plaintiffs did not have the opportunity to address these new arguments in their Response brief, Plaintiffs request the opportunity to present oral arguments in response to these issues. Plaintiffs also intend to file a Motion for Leave to a File Sur-Reply to address these new arguments.

4. Plaintiffs believe that the Court's evaluation of the parties' positions and understanding of the circumstances and authorities cited in the parties' respective written memoranda would be enhanced and benefitted by entertaining oral argument by counsel.

5. The parties conferred regarding this Motion for Oral Argument on September 17, 2012. Defendants' counsel indicated he believed this request for oral argument was premature, and future circumstances could cause Defendants to want or not want to have argument. Given that the parties have already submitted briefs for this Court's consideration, Plaintiffs believe it necessary to submit this request for oral argument at this time.

## II. PRAYER

WHEREFORE, Plaintiffs respectfully request that their Motion for Oral Argument on Defendants' Joint Motion to Dismiss Second Amended Complaint be granted.

**PLAINTIFFS' MOTION FOR ORAL ARGUMENT ON DEFENDANTS' JOINT
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** Page 3

Case 3:12-cv-00220-JJB-SCR   Document 95   09/18/12   Page 3 of 6

Respectfully submitted,

*[signature]*

**BLUME, FAULKNER,
SKEEN & NORTHAM, PLLC
Richard D. Faulkner,** *Local Counsel*
Louisiana Bar No. 05470
**James D. Blume**
Admitted *Pro Hac Vice*
111 W. Spring Valley Road
Suite 250
Richardson, Texas 75081
(214) 373-7788
(214) 373-7783 – fax

**TED B. LYON & ASSOCIATES**
**Ted B. Lyon,** *Trial Attorney*
Admitted *Pro Hac Vice*
**Marquette Wolf**
Admitted *Pro Hac Vice*
**Benjamin Barmore**
Admitted *Pro Hac Vice*
18601 LBJ Freeway
Suite 525
Mesquite, Texas 75150
(972) 279-6571
(972) 279-3021 - fax

**MARTINY & ASSOCIATES, LLC**
**Daniel R. Martiny**
Louisiana Bar No. 09012
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
(504) 834-7676
(504) 834-5409 - fax

**MURRAY, DARNELL &
ASSOCIATES, LLC**
**Edwin R. Murray**
Louisiana Bar No. 17069
1540 North Broad Street
New Orleans, Louisiana 70119
(504) 945-0042
(504) 942-5268 – fax

**BARKER, BOUDREAUX,
LAMY & FOLEY**
**Daniel S. Foley**
Louisiana Bar No. 05632
228 Saint Charles Avenue
Suite 1110
New Orleans, Louisiana 70130
(504) 586-9395
(504) 586-9410 - fax

*Attorneys for Plaintiffs*

PLAINTIFFS' MOTION FOR ORAL ARGUMENT ON DEFENDANTS' JOINT
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT                          Page 4

Case 3:12-cv-00220-JJB-SCR   Document 95   09/18/12   Page 4 of 6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the ___ day of September, 2012, a copy of the foregoing Motion for Oral Argument on Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint was filed electronically to the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants, if any.

_____
Richard D. Faulkner

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that on the 17th day of September, 2012, counsel for Plaintiffs conferred with counsel for Defendants via email regarding this Motion for Oral Argument on Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint, and counsel for Defendants indicated he believed the request for oral argument was premature. Defendants' counsel neither opposed nor consented to oral argument at that time.

_____
Richard D. Faulkner

| | |
|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA; et al.;<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON; et al.;<br><br>Defendants. | CIVIL ACTION NO. 3:12-CV-220 |

## ORDER

Upon consideration of Plaintiffs' written Motion for Oral Argument on Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint, IT IS HEREBY ORDERED that Plaintiffs' Motion for Oral Argument on Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint is GRANTED.

IT IS FUTHER ORDERED that a hearing on Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint will be held in this Court on the _____ day of _____, 2012, at _____ a.m./p.m.

Signed on this the _____ day of _____, 2012.

_____
U.S. District Judge