UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA; et al.; | § § § § § | CIVIL ACTION NO. 3:12-CV-220 |
| Plaintiffs, | § § | |
| v. | § § | |
| THE BANK OF NEW YORK MELLON; et al.; | § § § | |
| Defendants. | § § | |

## ORDER

The motion (doc. 95) for oral argument is DENIED at this time.

Signed in Baton Rouge, Louisiana, on September 19, 2012.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA