UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA; et al.; | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-CV-220 |
| Plaintiffs, | | |
| v. | | |
| THE BANK OF NEW YORK MELLON; et al.; | | |
| Defendants. | | |

## AGREED MOTION TO DISMISS DEFENDANTS WASHINGTON MUTUAL BANK AND CHASE HOME MORTGAGE CORPORATION OF THE SOUTHEAST

COME NOW, Plaintiffs, Doug Welborn, in his official capacity as Clerk of Court of the Nineteenth Judicial District for the Parish of East Baton Rouge, Louisiana, et al., and Defendant JPMorgan Chase Bank, N.A. ("JPMorgan"), for itself and as acquirer of certain assets and liabilities of Washington Mutual Bank ("WaMu"), and would respectfully show the Court as follows:

1. JPMorgan claims to have acquired certain assets and liabilities of WaMu from the Federal Deposit Insurance Corporation acting as receiver for WaMu. Both JPMorgan and WaMu have been named parties to Plaintiffs' Second Amended Complaint in the above-referenced matter.

2. Counsel for Plaintiffs and JPMorgan have agreed that Plaintiffs' Second Amended Complaint with respect to WaMu shall be dismissed without prejudice.

3. JPMorgan has further agreed to withdraw its Motion to Dismiss the Second Amended Complaint against Washington Mutual for Lack of Subject-Matter Jurisdiction.

4. Counsel for Plaintiffs and JPMorgan have also agreed that Plaintiffs' Second Amended Complaint with respect to Chase Home Mortgage Corporation of the Southeast shall be dismissed without prejudice.

WHEREFORE, Plaintiffs respectfully request that Plaintiffs' Second Amended Complaint against Defendants Washington Mutual Bank and Chase Home Mortgage Corporation of the Southeast be dismissed without prejudice.

Respectfully submitted,

*[signature]*

**BLUME, FAULKNER,**
**SKEEN & NORTHAM, PLLC**
**Richard D. Faulkner,** *Local Counsel*
Louisiana Bar No. 05470
**James D. Blume**
Admitted *Pro Hac Vice*
111 W. Spring Valley Road
Suite 250
Richardson, Texas 75081
(214) 373-7788
(214) 373-7783 – fax

**TED B. LYON & ASSOCIATES**
**Ted B. Lyon,** *Trial Attorney*
Admitted *Pro Hac Vice*
**Marquette Wolf**
Admitted *Pro Hac Vice*
**Benjamin Barmore**
Admitted *Pro Hac Vice*
18601 LBJ Freeway
Suite 525
Mesquite, Texas 75150
(972) 279-6571
(972) 279-3021 - fax

**MARTINY & ASSOCIATES, LLC**
**Daniel R. Martiny**
Louisiana Bar No. 09012
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
(504) 834-7676
(504) 834-5409 - fax

**MURRAY, DARNELL &**
**ASSOCIATES, LLC**
**Edwin R. Murray**
Louisiana Bar No. 17069
1540 North Broad Street
New Orleans, Louisiana 70119
(504) 945-0042
(504) 942-5268 – fax

**BARKER, BOUDREAUX,**
**LAMY & FOLEY**
**Daniel S. Foley**
Louisiana Bar No. 05632
228 Saint Charles Avenue
Suite 1110
New Orleans, Louisiana 70130
(504) 586-9395
(504) 586-9410 - fax

*Attorneys for Plaintiffs*

AGREED MOTION TO DISMISS DEFENDANT
WASHINGTON MUTUAL BANK WITHOUT PREJUDICE                                    Page 3
23745270v1

Case 3:12-cv-00220-JJB-SCR   Document 97   09/21/12   Page 3 of 5

/s/ Michael D. Ferachi
**MCGLINCHEY STAFFORD PLLC**
Michael D. Ferachi (La. Bar #19566)
Christine Lipsey (La. Bar #1182)
Fourteenth Floor, One American Place
301 Main St.
Baton Rouge, La. 70825
Tel.: (225) 383-9000
Fax: (225) 343-3076
mferachi@mcglinchey.com
clipsey@mcglinchey.com

Of counsel:

Mary Beth Hogan
Dino LaVerghetta
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, N.Y. 10022
Tel.: (212) 909-6996
Fax: (212) 909-6836
mbhogan@debevoise.com
dllaverg@debevoise.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A., for Itself and as Acquirer of Certain Assets and Liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation Acting as Receiver for Washington Mutual*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 21st day of September, 2012, a copy of the foregoing Agreed Motion to Dismiss Defendants Washington Mutual Bank and Chase Home Mortgage Corporation of the Southeast was filed electronically to the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants, if any.

_____
Richard D. Faulkner