# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

DOUG WELBORN, IN HIS OFFICIAL    *
CAPACITY AS CLERK OF COURT OF    *    CIVIL ACTION NO. 3:12-CV-220
THE NINETEENTH JUDICIAL    *
DISTRICT FOR THE PARISH OF EAST    *
BATON ROUGE, LOUISIANA, et al.;    *
   *
        *Plaintiffs*,    *
v.    *    JUDGE JAMES J. BRADY
   *
THE BANK OF NEW YORK    *
MELLON CORPORATION, et al.    *
   *    MAG. JUDGE STEPHEN C.
   *    RIEDLINGER
   *
        *Defendants*.    *
   *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

The foregoing Motion by defendants for Leave to File Supplemental Authorities in Further Support of their Motion to Dismiss [Doc. No. 69] having been duly considered;

IT IS ORDERED that the Motion by for leave to file their Supplemental Authorities in further support of their Motion to Dismiss [Doc. No. 69], should be and the same hereby is GRANTED.

Baton Rouge, Louisiana, on this the _____ day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE