# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOUG WELBORN, IN HIS OFFICIAL | * | |
| CAPACITY AS CLERK OF COURT OF | * | CIVIL ACTION NO. 3:12-CV-220 |
| THE NINETEENTH JUDICIAL | * | |
| DISTRICT FOR THE PARISH OF EAST | * | |
| BATON ROUGE, LOUISIANA, et al.; | * | |
| | * | |
| *Plaintiffs*, | * | |
| v. | * | JUDGE JAMES J. BRADY |
| | * | |
| THE BANK OF NEW YORK | * | |
| MELLON CORPORATION, et al. | * | |
| | * | MAG. JUDGE STEPHEN C. |
| | * | RIEDLINGER |
| | * | |
| *Defendants*. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

The foregoing Motion by defendants for Leave to File Supplemental Authorities in Further Support of their Motion to Dismiss [Doc. No. 69] having been duly considered;

IT IS ORDERED that the Motion by for leave to file their Supplemental Authorities in further support of their Motion to Dismiss [Doc. No. 69], should be and the same hereby is GRANTED.

Signed in Baton Rouge, Louisiana, on September 24, 2012.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**