# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF LOUISIANA
### BATON ROUGE DIVISION

| | | |
|---|---|---|
| **DOUG WELBORN, IN HIS OFFICIAL** | § | |
| **CAPACITY AS CLERK OF COURT OF** | § | |
| **THE NINETEENTH JUDICIAL DISTRICT** | § | |
| **FOR THE PARISH OF EAST BATON** | § | |
| **ROUGE, LOUISIANA; et al.;** | § | **CIVIL ACTION NO. 3:12-CV-220** |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE BANK OF NEW YORK MELLON; et** | § | |
| **al.;** | § | |
| | § | |
| **Defendants.** | § | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF TO DEFENDANTS' JOINT MOTION TO DISMISS SECOND AMENDED COMPLAINT

COME NOW, Plaintiffs, Doug Welborn, in his official capacity as Clerk of Court of the Nineteenth Judicial District for the Parish of East Baton Rouge, Louisiana; *et al.*, and would respectfully show the Court as follows:

### I. RELIEF REQUESTED

1.    Plaintiffs respectfully request leave to file a Sur-Reply Brief to Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint ("Motion to Dismiss") now pending before this Court.

2.    Defendants raise new issues for the first time in their Reply brief, to which Plaintiffs seek leave to reply. The new issues include: standing under the Federal Trust Indenture Act of 1939 ("TIA"); the interpretation of TIA statutory language; MERS' supposed disclaimer or satisfaction of any duty to record mortgage assignments; an "obvious alternative explanation" for Defendants' specific intent to defraud; failure to plead conspiracy with specificity; and piercing

Case 3:12-cv-00220-JJB-SCR   Document 101   09/25/12   Page 1 of 4

the corporate veil. Because Plaintiffs did not have the opportunity to address these new arguments in their Response brief, Plaintiffs request the opportunity to address these arguments in a Sur-Reply brief.

3.    Defendants' Reply brief also demonstrates confusion of the issues before this Court, which Plaintiffs seek leave to clarify. Defendants mischaracterize Plaintiffs' RICO cause of action as an attempt to enforce state recording laws, the TIA and/or prospectuses filed with the Securities and Exchange Commission. Defendants also attempt to apply an incorrect standard of causation to Plaintiffs' cause of action, which has warranted a scathing reversal of a district court decision in a similar case. *See BCS Servs., Inc. v. Heartwood 88, LLC*, 637 F.3d 750 (7th Cir. 2011), *cert. denied*, 123 S.Ct. 253 (2011). Plaintiffs believe that their Sur-Reply Brief would be helpful in streamlining the relevant issues and assisting the Court's evaluation of the parties' positions.

4.    The parties conferred regarding this Motion for Leave to File Sur-Reply Brief on September 17, 2012. Defendants' counsel indicated he believed this request to file sur-reply brief was premature.

## II. PRAYER

WHEREFORE, Plaintiffs respectfully request that their Motion for Leave to File Sur-Reply Brief to Defendants' Joint Motion to Dismiss Second Amended Complaint be granted and that the attached Sur-Reply Brief be accepted for filing and consideration by this Court.

Case 3:12-cv-00220-JJB-SCR   Document 101   09/25/12   Page 2 of 4

Respectfully submitted,

BLUME, FAULKNER,
SKEEN & NORTHAM, PLLC
**Richard D. Faulkner,** *Local Counsel*
Louisiana Bar No. 05470
**James D. Blume**
Admitted *Pro Hac Vice*
111 W. Spring Valley Road
Suite 250
Richardson, Texas 75081
(214) 373-7788
(214) 373-7783 – fax

**TED B. LYON & ASSOCIATES**
**Ted B. Lyon,** *Trial Attorney*
Admitted *Pro Hac Vice*
**Marquette Wolf**
Admitted *Pro Hac Vice*
**Benjamin Barmore**
Admitted *Pro Hac Vice*
18601 LBJ Freeway
Suite 525
Mesquite, Texas 75150
(972) 279-6571
(972) 279-3021 - fax

**MARTINY & ASSOCIATES, LLC**
**Daniel R. Martiny**
Louisiana Bar No. 09012
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
(504) 834-7676
(504) 834-5409 - fax

**MURRAY, DARNELL &
ASSOCIATES, LLC**
**Edwin R. Murray**
Louisiana Bar No. 17069
1540 North Broad Street
New Orleans, Louisiana 70119
(504) 945-0042
(504) 942-5268 – fax

**BARKER, BOUDREAUX,
LAMY & FOLEY**
**Daniel S. Foley**
Louisiana Bar No. 05632
228 Saint Charles Avenue
Suite 1110
New Orleans, Louisiana 70130
(504) 586-9395
(504) 586-9410 - fax

***Attorneys for Plaintiffs***

Page 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 25th day of September, 2012, a copy of the foregoing Motion for Leave to File Sur-Reply Brief to Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint was filed electronically to the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants, if any.

Richard D. Faulkner

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that on the 17th day of September, 2012, counsel for Plaintiffs conferred with counsel for Defendants via email regarding this Motion for Leave to File Sur-Reply Brief to Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint, and counsel for Defendants indicated he believed the request for a sur-reply was premature. Defendants' counsel neither opposed nor consented to a sur-reply at that time.

Richard D. Faulkner

Case 3:12-cv-00220-JJB-SCR   Document 101   09/25/12   Page 4 of 4