UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA; et al.;<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON; et al.;<br><br>Defendants. | CIVIL ACTION NO. 3:12-CV-220 |

## ORDER

Upon consideration of Plaintiffs' written Motion for Leave to File Sur-Reply Brief to Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint, IT IS HEREBY ORDERED that said Motion is GRANTED, and that Plaintiffs' Sur-Reply Brief is accepted for filing by this Court.

Signed on this the _____ day of _____, 2012.

_____
U.S. District Judge