# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF LOUISIANA
# BATON ROUGE DIVISION

| | |
|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA; et al.;<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON; et al.;<br><br>Defendants. | CIVIL ACTION NO. 3:12-CV-220 |

## ORDER

Upon consideration of the Parties' Agreed Motion (doc. 97) to Dismiss Defendants Washington Mutual Bank And Chase Home Mortgage Corporation of the Southeast, IT IS HEREBY ORDERED that said Motion is hereby GRANTED.

IT IS FUTHER ORDERED that Plaintiffs' Second Amended Complaint with respect to Defendants Washington Mutual Bank and Chase Home Mortgage Corporation of the Southeast is dismissed without prejudice.

IT IS FURTHER ORDERED that the motion to dismiss (doc. 91) is DISMISSED as moot.

Signed in Baton Rouge, Louisiana, on September 27, 2012.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA