UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA, et al.; | * * * * * * | CIVIL ACTION NO. 3:12-CV-220 |
| *Plaintiffs,* v. | * * * | JUDGE JAMES J. BRADY |
| THE BANK OF NEW YORK MELLON CORPORATION, et al. | * * * * * | MAG. JUDGE STEPHEN C. RIEDLINGER |
| *Defendants.* | * * | |

## O R D E R

The foregoing Motion by defendants for Leave to File Supplemental Authority in Further Support of their Motion to Dismiss (Doc. No. 69) having been duly considered;

IT IS ORDERED that the Motion by defendants for leave to file their Supplemental Authority in further support of their Motion to Dismiss (Doc. No. 69), should be and the same hereby is GRANTED.

_____
UNITED STATES DISTRICT JUDGE