UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA, et al.;<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION, et al.<br><br>Defendants. | CIVIL ACTION NO. 3:12-CV-220<br><br><br><br>JUDGE JAMES J. BRADY<br><br><br><br>MAG. JUDGE STEPHEN C. RIEDLINGER |

## SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS

Undersigned Defendants respectfully submit this supplemental memorandum in further support of their Joint Motion to Dismiss Second Amended Complaint (Doc. No. 69).

As supplemental authority in support of their pending Joint Motion to Dismiss, undersigned Defendants submit the Memorandum Opinion and Order in *Plymouth County v. MERSCORP., Inc.*, No. 12-4022, Dkt. #79 (N.D. Iowa Oct. 16, 2012) (attached hereto as Exhibit 1). This is a further decision to a case Defendants cited in their Reply Brief at 2 n.2 (Sept. 10, 2012) (Dkt. #94), and it was issued after the close of briefing on the Motion to Dismiss here.

The Court in *Plymouth County* initially dismissed a lawsuit like this one seeking to recover allegedly unpaid recording fees based on a supposed duty to record assignments under Iowa law; it held that that "it could not be plainer that none of the statutes upon which the County relies imposes a *requirement* on a party assigning a mortgage or receiving such an assignment to record the assignment." 2012 U.S. Dist. LEXIS 117709, at *25 (N.D. Iowa Aug.

21, 2012) (emphasis in original).  Following dismissal, the plaintiff filed a motion to alter of amend the judgment and leave to amend their complaint.  The Court denied that motion, and rejected the notion that a lender was somehow unjustly enriched if it recorded a mortgage in the land records but did not later record assignments if interests in a loan secured by the mortgage was transferred.  Of particular pertinence here, the Court held:

> *[D]espite unrecorded assignments*, a mortgage would retain its first-lien status, unless it was released and there was a subsequent purchase for value without notice.  Thus, as long as MERS remained the mortgagee of record, by virtue of the initial recording, and did not release the mortgage, *there could be no subsequent purchase for value without notice. . . .* [T]he lack of recording of interim assignments did not change the first-lien status of the recorded mortgage as a matter of law.

Exhibit 1 at 32 (emphases in original).

This holding directly rejects the argument made by the Plaintiffs here, in their brief opposing Defendants' Motion to Dismiss, that declining to record mortgage assignments presents "an increased risk of losing the priority" of the mortgage (Dkt. #77 at 11).  The *Plymouth County* Court's holding supports the arguments made by Defendants in their Reply Brief that the initial recording of a mortgage "create[s] a perfected security interest in the mortgaged property" and that "there is no risk of the MERS lien losing priority" if assignments are not recorded (Dkt. #94 at 13-14).

-2-

Case 3:12-cv-00220-JJB-SCR   Document 105-2   10/22/12   Page 2 of 5

Respectfully submitted,

/s/ Kent A. Lambert
Kent A. Lambert (La. Bar. #22458)
Katie L. Dysart (La. Bar #31449)
BAKER DONELSON BEARMAN CALDWELL &
BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, La. 70170
Tel.: (504) 566-5200
Fax: (504) 636-4000
klambert@bakerdonelson.com
kdysart@bakerdonelson.com

*Attorneys for CitiMortgage, Inc. and Wells Fargo Bank, N.A.*

Thomas M. Hefferon (*pro hac vice*)
Joseph F. Yenouskas (*pro hac vice*)
GOODWIN PROCTER LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Tel.: 202.346.4000
Fax: 202.346.4444
thefferon@goodwinprocter.com
jyenouskas@goodwinprocter.com

*Attorneys for Bank of New York Mellon, Bank of America, N.A., Merrill Lynch Credit Corporation, La Salle Bank, N.A., and Wells Fargo Bank, N.A.*

/s/ Monique Lafontaine
Monique Lafontaine
LOCKE LORD LLP
601 Poydras St., Ste. 2660
New Orleans, LA 70130
Tel.: 504-558-5133
Fax: 504-681-5223
mlafontaine@lockelord.com

P. Russell Perdew (*pro hac vice*)
LOCKE LORD LLP
111 South Wacker Dr.
Chicago, Ill. 60606
Tel.: (312) 443-1712

/s/ Anthony Rollo
Anthony Rollo (La. Bar #1133)
Christine Lipsey (La. Bar #1182)
Kimberly Higginbotham (La. Bar #31779)
MCGLINCHEY STAFFORD, PLLC
Fourteenth Floor, One America Place
Baton Rouge, La. 70825
Tel.: (225) 383-9000
Fax: (225) 343-3076
arollo@mcglinchey.com
clipsey@mcglinchey.com
khigginbotham@mcglinchey.com

*Attorneys for Bank of New York Mellon, Bank of America, N.A., Merrill Lynch Credit Corporation, and La Salle Bank, N.A.*

/s/ Thomas V. Panoff
Lucia Nale (*pro hac vice*)
Thomas V. Panoff (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Dr.
Chicago, Ill. 60606
Tel.: (312) 701-8821
Fax: (312) 706-8297
lnale@mayerbrown.com
tpanoff@mayerbrown.com

*Attorneys for CitiMortgage, Inc.*

/s/ James S. Wertheim
James S. Wertheim (*pro hac vice*)
MCGLINCHEY STAFFORD, PLLC
2550 Chagrin Boulevard, Ste. 406
Cleveland, Ohio 44122-4640
Tel.: (216) 378-9905
Fax: (216) 378-9910
Email: jwertheim@mcglinchey.com

Christine Lipsey (La. Bar #1182)
Kimberly Higginbotham (La. Bar #31779)
MCGLINCHEY STAFFORD, PLLC
Fourteenth Floor, One American Place
Baton Rouge, La. 70825

Fax: (312) 896-6712
rperdew@lockelord.com

*Attorneys for U.S. Bank N.A.*

/s/ Michael D. Ferachi
Michael D. Ferachi (La. Bar #19566)
Christine Lipsey (La. Bar #1182)
Fourteenth Floor, One American Place
301 Main St.
Baton Rouge, La. 70825
Tel.: (225) 383-9000
Fax: (225) 343-3076
mferachi@mcglinchey.com
clipsey@mcglinchey.com

Of counsel:

Mary Beth Hogan
Dino LaVerghetta
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, N.Y. 10022
Tel.: (212) 909-6996
Fax: (212) 909-6836
mbhogan@debevoise.com
dllaverg@debevoise.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

/s/ Gregory J. Marshall
Gregory J. Marshall (*pro hac vice*)
SNELL & WILMER LLP
One Arizona Center
400 E. Van Buren
Phoenix, Ariz. 85004-2202
Tel.: (602) 382-6514
Fax: (602) 382-6070
gmarshall@swlaw.com

Tel.: (225) 383-9000
Fax: (225) 343-3076
Email: clipsey@mcglinchey.com
khigginbotham@mcglinchey.com

*Attorneys for SunTrust Mortgage, Inc.*

/s/ Monique Weiner
Monique Weiner (La. Bar #23233)
Mark Best (La. Bar #29090)
KUCHLER POLK SCHELL WEINER & RICHARDSON, LLC
1615 Poydras St., Ste. 1300
New Orleans, La. 70112
Tel.: (504) 592-0691
Fax: (504) 592-0697
mweiner@kuchlerpolk.com
mbest@kuchlerpolk.com

Of counsel:

Michael H. Carpenter (*pro hac vice*)
Katheryn M. Lloyd (*pro hac vice*)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Ste. 1300
280 North High St.
Columbus, Ohio 43215
Tel.: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com
lloyd@carpenterlipps.com

*Attorneys for Defendant Nationwide Advantage Mortgage Company*

/s/ Covert J. Geary
Covert J. Geary
JONES WALKER
201 St. Charles Ave.
New Orleans, La. 70170-5100
Tel.: 504.582.8276
Fax: 504.589.8276
cgeary@joneswalker.com

-4-

Case 3:12-cv-00220-JJB-SCR   Document 105-2   10/22/12   Page 4 of 5

<div style="display: flex;">

<div style="flex: 1;">

Thomas K. Potter, III (La. Bar #17438)
BURR & FORMAN LLP
700 Two American Center
3102 West End Ave.
Nashville, Tenn. 37203
Tel.: (615) 724-3200
Fax: (615) 724-3290
tpotter@burr.com

Katrina L. Dannheim (La. Bar #33773)
BURR & FORMAN LLP
11 North Water St., Ste. 22200
Mobile, Ala. 36602
Tel.: (251) 345-8234
Fax: (251) 344-9696
kdannheim@burr.com

*Attorneys for HSBC Finance Corporation and HSBC Bank USA, N.A.*

</div>

<div style="flex: 1;">

/s/ Elizabeth A. Frohlich
Elizabeth A. Frohlich (*pro hac vice* to be submitted)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, Cal. 94105-1126
Tel.: (415) 442-1000
Fax: (415) 442-1001
efrohlich@morganlewis.com

*Attorneys for Defendant Deutsche Bank AG*

/s/ V. Thomas Clark, Jr.
V. Thomas Clark, Jr. (La. Bar #20519)
William D. Shea (La. Bar # 29419)
Scott M. Levy (La. Bar #33243)
ADAMS AND REESE, LLP
450 Laurel St., Ste. 1900
Baton Rouge, La. 70801
Tel.: (225) 336-5220
Fax: (225) 336-5220

*Attorneys for United Guaranty Corp.*

</div>

</div>

Dated: October 22, 2012

-5-

Case 3:12-cv-00220-JJB-SCR   Document 105-2   10/22/12   Page 5 of 5