**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DOUG WELBORN, IN HIS OFFICIAL** | * | |
| **CAPACITY AS CLERK OF COURT OF** | * | **CIVIL ACTION NO. 3:12-CV-220** |
| **THE NINETEENTH JUDICIAL** | * | |
| **DISTRICT FOR THE PARISH OF EAST** | * | |
| **BATON ROUGE, LOUISIANA, et al.;** | * | |
| | * | |
| *Plaintiffs*, | * | |
| **v.** | * | **JUDGE JAMES J. BRADY** |
| | * | |
| **THE BANK OF NEW YORK** | * | |
| **MELLON CORPORATION, et al.** | * | |
| | * | **MAG. JUDGE STEPHEN C.** |
| | * | **RIEDLINGER** |
| | * | |
| *Defendants*. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing motion for leave;

IT IS ORDERED that the Motion (doc. 105) by defendants for leave to file their

Supplemental Authority in further support of their Motion to Dismiss (Doc. No. 69) is hereby

GRANTED.

Signed in Baton Rouge, Louisiana, on October 23, 2012.

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**