UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA, et al.; | * * * * * * | CIVIL ACTION NO. 3:12-CV-220 |
| *Plaintiffs*, | * | |
| v. | * * | JUDGE JAMES J. BRADY |
| THE BANK OF NEW YORK MELLON CORPORATION, et al. | * * * * | MAG. JUDGE STEPHEN C. RIEDLINGER |
| *Defendants*. | * * | |

## SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS

Undersigned Defendants respectfully submit this supplemental memorandum in further support of their Joint Motion to Dismiss Second Amended Complaint (Doc. No. 69).

As supplemental authority in support of their pending Joint Motion to Dismiss, undersigned Defendants submit the Memorandum Opinion and Order in *Plymouth County v. MERSCORP., Inc.*, No. 12-4022, Dkt. #79 (N.D. Iowa Oct. 16, 2012) (attached hereto as Exhibit 1). This is a further decision to a case Defendants cited in their Reply Brief at 2 n.2 (Sept. 10, 2012) (Dkt. #94), and it was issued after the close of briefing on the Motion to Dismiss here.

The Court in *Plymouth County* initially dismissed a lawsuit like this one seeking to recover allegedly unpaid recording fees based on a supposed duty to record assignments under Iowa law; it held that that "it could not be plainer that none of the statutes upon which the County relies imposes a *requirement* on a party assigning a mortgage or receiving such an assignment to record the assignment." 2012 U.S. Dist. LEXIS 117709, at *25 (N.D. Iowa Aug.

21, 2012) (emphasis in original).  Following dismissal, the plaintiff filed a motion to alter of amend the judgment and leave to amend their complaint.  The Court denied that motion, and rejected the notion that a lender was somehow unjustly enriched if it recorded a mortgage in the land records but did not later record assignments if interests in a loan secured by the mortgage was transferred.  Of particular pertinence here, the Court held:

> *[D]espite unrecorded assignments*, a mortgage would retain its first-lien status, unless it was released and there was a subsequent purchase for value without notice.  Thus, as long as MERS remained the mortgagee of record, by virtue of the initial recording, and did not release the mortgage, *there could be no subsequent purchase for value without notice*. . . .  [T]he lack of recording of interim assignments did not change the first-lien status of the recorded mortgage as a matter of law.

Exhibit 1 at 32 (emphases in original).

This holding directly rejects the argument made by the Plaintiffs here, in their brief opposing Defendants' Motion to Dismiss, that declining to record mortgage assignments presents "an increased risk of losing the priority" of the mortgage (Dkt. #77 at 11).  The *Plymouth County* Court's holding supports the arguments made by Defendants in their Reply Brief that the initial recording of a mortgage "create[s] a perfected security interest in the mortgaged property" and that "there is no risk of the MERS lien losing priority" if assignments are not recorded (Dkt. #94 at 13-14).
-2-

Case 3:12-cv-00220-JJB-SCR   Document 105-2   10/23/12   Page 2 of 5


Respectfully submitted,

| | |
|---|---|
| /s/ Kent A. Lambert | /s/ Anthony Rollo |
| Kent A. Lambert (La. Bar. #22458) | Anthony Rollo (La. Bar #1133) |
| Katie L. Dysart (La. Bar #31449) | Christine Lipsey (La. Bar #1182) |
| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC | Kimberly Higginbotham (La. Bar #31779) |
| | MCGLINCHEY STAFFORD, PLLC |
| 201 St. Charles Ave., Ste. 3600 | Fourteenth Floor, One America Place |
| New Orleans, La. 70170 | Baton Rouge, La. 70825 |
| Tel.: (504) 566-5200 | Tel.: (225) 383-9000 |
| Fax: (504) 636-4000 | Fax: (225) 343-3076 |
| klambert@bakerdonelson.com | arollo@mcglinchey.com |
| kdysart@bakerdonelson.com | clipsey@mcglinchey.com |
| | khigginbotham@mcglinchey.com |

*Attorneys for CitiMortgage, Inc. and Wells Fargo Bank, N.A.*

*Attorneys for Bank of New York Mellon, Bank of America, N.A., Merrill Lynch Credit Corporation, and La Salle Bank, N.A.*

| | |
|---|---|
| Thomas M. Hefferon (*pro hac vice*) | /s/ Thomas V. Panoff |
| Joseph F. Yenouskas (*pro hac vice*) | Lucia Nale (*pro hac vice*) |
| GOODWIN PROCTER LLP | Thomas V. Panoff (*pro hac vice*) |
| 901 New York Ave., N.W. | MAYER BROWN LLP |
| Washington, D.C. 20001 | 71 South Wacker Dr. |
| Tel.: 202.346.4000 | Chicago, Ill. 60606 |
| Fax: 202.346.4444 | Tel.: (312) 701-8821 |
| thefferon@goodwinprocter.com | Fax: (312) 706-8297 |
| jyenouskas@goodwinprocter.com | lnale@mayerbrown.com |
| | tpanoff@mayerbrown.com |

*Attorneys for Bank of New York Mellon, Bank of America, N.A., Merrill Lynch Credit Corporation, La Salle Bank, N.A., and Wells Fargo Bank, N.A.*

*Attorneys for CitiMortgage, Inc.*

| | |
|---|---|
| /s/ Monique Lafontaine | /s/ James S. Wertheim |
| Monique Lafontaine | James S. Wertheim (*pro hac vice*) |
| LOCKE LORD LLP | MCGLINCHEY STAFFORD, PLLC |
| 601 Poydras St., Ste. 2660 | 2550 Chagrin Boulevard, Ste. 406 |
| New Orleans, LA 70130 | Cleveland, Ohio 44122-4640 |
| Tel.: 504-558-5133 | Tel.: (216) 378-9905 |
| Fax: 504-681-5223 | Fax: (216) 378-9910 |
| mlafontaine@lockelord.com | Email: jwertheim@mcglinchey.com |
| | |
| P. Russell Perdew (*pro hac vice*) | Christine Lipsey (La. Bar #1182) |
| LOCKE LORD LLP | Kimberly Higginbotham (La. Bar #31779) |
| 111 South Wacker Dr. | MCGLINCHEY STAFFORD, PLLC |
| Chicago, Ill. 60606 | Fourteenth Floor, One American Place |
| Tel.: (312) 443-1712 | Baton Rouge, La. 70825 |

Fax: (312) 896-6712
rperdew@lockelord.com

*Attorneys for U.S. Bank N.A.*

/s/ Michael D. Ferachi
Michael D. Ferachi (La. Bar #19566)
Christine Lipsey (La. Bar #1182)
Fourteenth Floor, One American Place
301 Main St.
Baton Rouge, La. 70825
Tel.: (225) 383-9000
Fax: (225) 343-3076
mferachi@mcglinchey.com
clipsey@mcglinchey.com

Of counsel:

Mary Beth Hogan
Dino LaVerghetta
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, N.Y. 10022
Tel.: (212) 909-6996
Fax: (212) 909-6836
mbhogan@debevoise.com
dllaverg@debevoise.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

/s/ Gregory J. Marshall
Gregory J. Marshall (*pro hac vice*)
SNELL & WILMER LLP
One Arizona Center
400 E. Van Buren
Phoenix, Ariz. 85004-2202
Tel.: (602) 382-6514
Fax: (602) 382-6070
gmarshall@swlaw.com

Tel.: (225) 383-9000
Fax: (225) 343-3076
Email: clipsey@mcglinchey.com
khigginbotham@mcglinchey.com

*Attorneys for SunTrust Mortgage, Inc.*

/s/ Monique Weiner
Monique Weiner (La. Bar #23233)
Mark Best (La. Bar #29090)
KUCHLER POLK SCHELL WEINER & RICHARDSON, LLC
1615 Poydras St., Ste. 1300
New Orleans, La. 70112
Tel.: (504) 592-0691
Fax: (504) 592-0697
mweiner@kuchlerpolk.com
mbest@kuchlerpolk.com

Of counsel:

Michael H. Carpenter (*pro hac vice*)
Katheryn M. Lloyd (*pro hac vice*)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Ste. 1300
280 North High St.
Columbus, Ohio 43215
Tel.: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com
lloyd@carpenterlipps.com

*Attorneys for Defendant Nationwide Advantage Mortgage Company*

/s/ Covert J. Geary
Covert J. Geary
JONES WALKER
201 St. Charles Ave.
New Orleans, La. 70170-5100
Tel.: 504.582.8276
Fax: 504.589.8276
cgeary@joneswalker.com

| | |
|---|---|
| Thomas K. Potter, III (La. Bar #17438)<br>BURR & FORMAN LLP<br>700 Two American Center<br>3102 West End Ave.<br>Nashville, Tenn. 37203<br>Tel.: (615) 724-3200<br>Fax: (615) 724-3290<br>tpotter@burr.com<br><br>Katrina L. Dannheim (La. Bar #33773)<br>BURR & FORMAN LLP<br>11 North Water St., Ste. 22200<br>Mobile, Ala. 36602<br>Tel.: (251) 345-8234<br>Fax: (251) 344-9696<br>kdannheim@burr.com<br><br>*Attorneys for HSBC Finance Corporation and HSBC Bank USA, N.A.* | /s/ Elizabeth A. Frohlich<br>Elizabeth A. Frohlich (*pro hac vice* to be submitted)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, Cal. 94105-1126<br>Tel.: (415) 442-1000<br>Fax: (415) 442-1001<br>efrohlich@morganlewis.com<br><br>*Attorneys for Defendant Deutsche Bank AG*<br><br>/s/ V. Thomas Clark, Jr.<br>V. Thomas Clark, Jr. (La. Bar #20519)<br>William D. Shea (La. Bar # 29419)<br>Scott M. Levy (La. Bar #33243)<br>ADAMS AND REESE, LLP<br>450 Laurel St., Ste. 1900<br>Baton Rouge, La. 70801<br>Tel.: (225) 336-5220<br>Fax: (225) 336-5220<br><br>*Attorneys for United Guaranty Corp.* |

Dated: October 22, 2012

-5-

Case 3:12-cv-00220-JJB-SCR   Document 103-2   10/23/12   Page 5 of 5