UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA; et al.; § § § § § § § Plaintiffs, § § v. § § THE BANK OF NEW YORK MELLON; et § al.; § § Defendants. § | CIVIL ACTION NO. 3:12-CV-220 |

## ORDER

Upon consideration of Plaintiffs' written Motion for Leave to File Sur-Reply Brief to Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint, IT IS HEREBY ORDERED that said Motion is GRANTED, and that Plaintiffs' Sur-Reply Brief is accepted for filing by this Court.

Signed on this the 29th day of October, 2012. BATON ROUGE, LOUISIANA.

_____
U.S. District Judge
JAMES J. BRADY