UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA, *et al.*, | § § § § § | CIVIL ACTION NO. 3:12-CV-220 |
| Plaintiffs, | § § | |
| v. | § § | |
| THE BANK OF NEW YORK MELLON, *et al.*; | § § § | |
| Defendants. | § § | |

## MOTION TO ENROLL E. JOHN LITCHFIELD AS ADDITIONAL COUNSEL

NOW COMES the undersigned counsel for Plaintiffs in the above-captioned matter, who respectfully request that this Honorable Court enroll as additional counsel for all Plaintiffs:

E. John Litchfield
Louisiana Bar No.: 08622
Berrigan, Litchfield, Schonekas, Mann & Traina, LLC
201 Saint Charles Avenue, Suite 4204
New Orleans, Louisiana 70170
(504) 568-0541
(504) 561-8655 - fax
JLitchfield@berriganlaw.net

Respectfully submitted,

*[signature]*

**BLUME, FAULKNER,
SKEEN & NORTHAM, PLLC**
**Richard D. Faulkner,** *Local Counsel*
Louisiana Bar No. 05470
**James D. Blume**
Admitted *Pro Hac Vice*
111 W. Spring Valley Road
Suite 250
Richardson, Texas 75081
(214) 373-7788
(214) 373-7783 – fax

**TED B. LYON & ASSOCIATES**
**Ted B. Lyon,** *Trial Attorney*
Admitted *Pro Hac Vice*
**Marquette Wolf**
Admitted *Pro Hac Vice*
**Benjamin Barmore**
Admitted *Pro Hac Vice*
18601 LBJ Freeway
Suite 525
Mesquite, Texas 75150
(972) 279-6571
(972) 279-3021 - fax

**MARTINY & ASSOCIATES, LLC**
**Daniel R. Martiny**
Louisiana Bar No. 09012
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
(504) 834-7676
(504) 834-5409 - fax

**MURRAY, DARNELL &
ASSOCIATES, LLC**
**Edwin R. Murray**
Louisiana Bar No. 17069
1540 North Broad Street
New Orleans, Louisiana 70119
(504) 945-0042
(504) 942-5268 – fax

**BARKER, BOUDREAUX,
LAMY & FOLEY**
**Daniel S. Foley**
Louisiana Bar No. 05632
228 Saint Charles Avenue
Suite 1110
New Orleans, Louisiana 70130
(504) 586-9395
(504) 586-9410 - fax

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 19th day of November, 2012, a copy of the foregoing was filed electronically to the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants, if any.

/s/ Richard D. Faulkner