UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DOUG WELBORN, IN HIS OFFICIAL
CAPACITY AS CLERK OF COURT OF THE
NINETEENTH JUDICIAL DISTRICT FOR
THE PARISH OF EAST BATON ROUGE,
LOUISIANA, ET AL

CIVIL ACTION

VERSUS

NO. 12-220-JJB

THE BANK OF NEW YORK MELLON, ET AL

**J U D G M E N T**

For written reasons assigned;

IT IS ORDERED, ADJUDGED AND DECREED that judgment be rendered in favor of the defendants The Bank of New York Mellon, Bank of America, N.A., CitiMortgage, Inc., Merrill Lynch Credit Corp., Nationwide Advantage Mortgage Co., SunTrust Mortgage, Inc., Wells Fargo Bank, N.A., Deutsche Bank AG, U.S. Bank N.A., HSBC Finance Corporation, HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., United Guaranty Corporation, and La Salle Bank, N.A. and against the plaintiffs.

Baton Rouge, Louisiana, January 14, 2013.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA