# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF LOUISIANA
### BATON ROUGE DIVISION

| | | |
|---|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA *et al.*, | § § § § § | |
| | § | CIVIL ACTION NO. 3:12-CV-220 |
| **Plaintiffs,** | § § | |
| v. | § § | |
| THE BANK OF NEW YORK MELLON *et al.*, | § § § | |
| **Defendants.** | § § | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above named cause, Doug Welborn, in his official capacity as Clerk of Court of the Nineteenth Judicial District for the Parish of East Baton Rouge, Louisiana; Mark J. Graffeo, in his official capacity as Clerk of Court of the Eighth Judicial District for the Parish of West Baton Rouge, Louisiana; Gerald W. Harrington, in his official capacity as Clerk of Court of the Thirty-Third Judicial District for the Parish of Allen, Louisiana; Kermit Hart Bourque, in his official capacity as Clerk of Court of the Twenty-Third Judicial District for the Parish of Ascension, Louisiana; Darlene Landry, in her official capacity as Clerk of Court of the Twenty-Third Judicial District for the Parish of Assumption, Louisiana; Brian Lestage, in his official capacity as Clerk of Court of the Thirty-Sixth Judicial District for the Parish of Beauregard, Louisiana; James W. Martin, in his official capacity as Clerk of Court of the Second Judicial District for the Parish of Bienville, Louisiana; Cynthia J. Johnston, in her official capacity as Clerk of Court of the Twenty-Sixth Judicial District for the Parish of Bossier, Louisiana; Gary Loftin, in his official capacity as Clerk of Court of the First Judicial District for

the Parish of Caddo, Louisiana; H. Lynn Jones, in his official capacity as Clerk of Court of the Fourteenth Judicial District for the Parish of Calcasieu, Louisiana; Eugene Dunn, in his official capacity as Clerk of Court of the Thirty-Seventh Judicial District for the Parish of Caldwell, Louisiana; Carl Broussard, in his official capacity as Clerk of Court of the Thirty-Eighth Judicial District for the Parish of Cameron, Louisiana; James Patrick Gladney , in his official capacity as Clerk of Court of the Second Judicial District for the Parish of Claiborne, Louisiana; Janet T. Payne, in her official capacity as Clerk of Court of the Seventh Judicial District for the Parish of Catahoula, Louisiana; Beatrice Allen Carter, in her official capacity as Clerk of Court of the Sixth Judicial District for the Parish of East Carroll, Louisiana; Randall Deshotel, in his official capacity as Clerk of Court of the Thirteenth Judicial District of the Parish of Evangeline, Louisiana; Ann Johnson, in her official capacity as Clerk of Court of the Fifth Judicial District for the Parish of Franklin, Louisiana; David Dart, in his official capacity as Clerk of Court of the Twentieth Judicial District of the Parish of East Feliciana, Louisiana; J. ELRay Lemoine, in his official capacity as Clerk of Court of the Thirty-Fifth Judicial District for the Parish of Grant, Louisiana; Mike Thibodeaux, in his official capacity as Clerk of Court of the Sixteenth Judicial District for the Parish of Iberia, Louisiana; J. G. Dupont, Jr., in his official capacity as Clerk of Court of the Eighteenth Judicial District for the Parish of Iberville, Louisiana; Jon A. Gegenheimer, in his official capacity as Clerk of Court of the Twenty-Fourth Judicial District for the Parish of Jefferson, Louisiana; Richard M. Arceneaux, in his official capacity as Clerk of Court of the Thirty-First Judicial District for the Parish of Jefferson Davis, Louisiana; Steve Andrews, in his official capacity as Clerk of Court of the Twenty-Eighth Judicial District for the Parish of LaSalle, Louisiana; Linda Cook, in her official capacity as Clerk of Court of the Third Judicial District for the Parish of Lincoln, Louisiana; Marion Hopkins, in her official capacity as

Clerk of Court of the Sixth Judicial District for the Parish of Madison, Louisiana; Carol Jones, in her official capacity as Clerk of Court of the Fourth Judicial District for the Parish of Morehouse, Louisiana; Thomas L. Sullivan, Jr., in his official capacity as Clerk of Court of the Twenty-First Judicial District for the Parish of Livingston, Louisiana; Louie Bernard, in his official capacity as Clerk of Court for the Tenth Judicial District for the Parish of Natchitoches, Louisiana; Louise Bond, in her official capacity as Clerk of Court of the Fourth Judicial District for the Parish of Ouachita, Louisiana; Dale N. Atkins, in her official capacity as Civil District Court Clerk for the Judicial District Court of the Parish of Orleans, Louisiana; Lanell Swindler Landry, in her official capacity as Clerk of Court of the Eighteenth Judicial District for the Parish of Pointe Coupee, Louisiana; Ramona N. Haire in her official capacity as Clerk of Court of the Fifth Judicial District for the Parish of Richland, Louisiana; Tammy Foster, in her official capacity as Clerk of Court of the Eleventh Judicial District for the Parish of Sabine, Louisiana; Randy Nunez, in his official capacity as Clerk of Court of the Thirty-Fourth Judicial District for the Parish of St. Bernard, Louisiana; Lance Marino, in his official capacity as Clerk of Court of the Twenty-Ninth Judicial District for the Parish of St. Charles, Louisiana; Beverly A. Gordon, in her official capacity as Clerk of Court of the Twenty-First Judicial District for the Parish of St. Helena, Louisiana; Charles Jagneaux, in his official capacity as Clerk of Court of the Twenty-Seventh Judicial District for the Parish of St. Landry, Louisiana; Becky P. Patin, in her official capacity as Clerk of Court of the Sixteenth Judicial District for the Parish of St. Martin, Louisiana; Cliff Dressel, in his official capacity as Clerk of Court of the Sixteenth Judicial District for the Parish of St. Mary, Louisiana; Julian E. Dufreche, in his official capacity as Clerk of Court of the Twenty-First Judicial District for the Parish of Tangipahoa, Louisiana; Theresa Robichaux, in her official capacity as Clerk of Court of the Thirty-Second Judicial District for

the Parish of Terrebonne; Dodi Eubanks, in her official capacity as Clerk of Court of the Third Judicial District for the Parish of Union, Louisiana; Diane Meaux-Broussard, in her official capacity as Clerk of Court of the Fifteenth Judicial District for the Parish of Vermilion, Louisiana; Holli Vining, in her official capacity as Clerk of Court of the Twenty-Sixth Judicial District for the Parish of Webster, Louisiana; and Felicia Ann Hendl, in her official capacity as Clerk of Court of the Twentieth Judicial District for the Parish of West Feliciana, Louisiana; Kay S. Bolding, in her official capacity as Clerk of Court of the Fifth Judicial District for the Parish of West Carroll, Louisiana **(collectively "Plaintiffs")**, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the "Judgment" entered in this action on January 14, 2013 (Document 121), and the "Ruling on Motion to Dismiss Second Amended Complaint" entered in this action on January 14, 2013 (Document 119).

Respectfully submitted,

**BLUME, FAULKNER,**
**SKEEN & NORTHAM, PLLC**
**Richard D. Faulkner,** *Local Counsel*
Louisiana Bar No. 05470
**James D. Blume**
Admitted *Pro Hac Vice*
111 W. Spring Valley Road
Suite 250
Richardson, Texas 75081
(214) 373-7788
(214) 373-7783 – fax

**TED B. LYON & ASSOCIATES**
**Ted B. Lyon,** *Trial Attorney*
Admitted *Pro Hac Vice*
**Marquette Wolf**
Admitted *Pro Hac Vice*
**Benjamin Barmore**
Admitted *Pro Hac Vice*
18601 LBJ Freeway
Suite 525
Mesquite, Texas 75150
(972) 279-6571
(972) 279-3021 - fax

**BERRIGAN, LITCHFIELD, SCHONEKAS,**
**MANN & TRAINA, LLC**
**E. John Litchfield**
Louisiana Bar No. 08622
201 Saint Charles Avenue, Suite 4204
New Orleans, Louisiana 70170
(504) 568-0541
(504) 561-8655 – fax

**MURRAY, DARNELL &**
**ASSOCIATES, LLC**
**Edwin R. Murray**
Louisiana Bar No. 17069
1540 North Broad Street
New Orleans, Louisiana 70119
(504) 945-0042
(504) 942-5268 – fax

**MARTINY & ASSOCIATES, LLC**
**Daniel R. Martiny**
Louisiana Bar No. 09012
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
(504) 834-7676
(504) 834-5409 - fax

**BARKER, BOUDREAUX,**
**LAMY & FOLEY**
**Daniel S. Foley**
Louisiana Bar No. 05632
228 Saint Charles Avenue
Suite 1110
New Orleans, Louisiana 70130
(504) 586-9395
(504) 586-9410 – fax

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the _18th_ day of January, 2013, a copy of the foregoing document was filed electronically to the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants, if any.

Richard D. Faulkner