**13-30103**

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Middle District of Louisiana**

## Notice of Electronic Filing

The following transaction was entered by Faulkner, Richard on 1/18/2013 at 4:41 PM CST and filed on 1/18/2013

**Case Name:** Doug Welborn v. The Bank of New York Mellon Corporation et al **Case Number: 3:12-cv-00220-JJB-SCR Filer:** All Plaintiffs **WARNING: CASE CLOSED on 01/14/2013 Document Number: 122 Docket Text:**
**NOTICE OF APPEAL to the USCA for the 5th Circuit of [119] Order on Motion to Dismiss, Order on Motion for Leave to File, Order on Motion for Oral Argument,,, [121] Judgment,,, by All Plaintiffs. Filing fee $ 455, receipt number 053N-901996. (Faulkner, Richard)**

**3:12-cv-00220-JJB-SCR Notice has been electronically mailed to:**

Anthony Joseph Rollo , Jr    arollo@mcglinchey.com, lsimpson@mcglinchey.com

Chethan Gopal Shetty    cshetty@lockelord.com, kkwell@lockelord.com

Christine Lipsey    clipsey@mcglinchey.com, amarcotte@mcglinchey.com, jmatthews@mcglinchey.com

Covert J. Geary    cgeary@joneswalker.com, cgioe@joneswalker.com

Daniel R. Martiny    dmartiny@bellsouth.net

David P. Borghardt    dborghardt@joneswalker.com, ssmart@joneswalker.com

E. John Litchfield    jlitchfield@berriganlaw.net, cdaste@berriganlaw.net

Gregory J. Marshall    gmarshall@swlaw.com, docket@swlaw.com, dshuta@swlaw.com

James D. Blume    eswan@bfsnlaw.com, pfioretti@bfsnlaw.com, tanderson@bfsnlaw.com

Joseph F. Yenouskas    jyenouskas@goodwinprocter.com

Katheryn M. Lloyd    lloyd@carpenterlipps.com, stone@carpenterlipps.com

Kathleen Elizabeth Swan    eswan@bfsnlaw.com, pfioretti@bfsnlaw.com, tandersen@bfsnlaw.com

Katie L. Dysart    kdysart@bakerdonelson.com, dpechon@bakerdonelson.com

Katrina L. Dannheim    katrina.chisholm@burr.com, kchishol@burr.com, scleckle@burr.com, sfoshee@burr.com

Kellen James Mathews    kellen.mathews@arlaw.com, tina.marshall@arlaw.com

Kent A. Lambert    klambert@bakerdonelson.com, psigmon@bakerdonelson.com

Kimberly D. Higginbotham    khigginbotham@mcglinchey.com, cedmonds@mcglinchey.com, jmatthews@mcglinchey.com

Lucia Nale    lnale@mayerbrown.com, zlyon@mayerbrown.com

Mark Edward Best    mbest@kuchlerpolk.com, dfavorite@kuchlerpolk.com

Marquette William Wolf    mwolf@tedlyon.com, bduran@tedlyon.com

Michael David Ferachi    mferachi@mcglinchey.com, jmatthews@mcglinchey.com, ssmith@mcglinchey.com

Michael H. Carpenter    carpenter@carpenterlipps.com, perkins@carpenterlipps.com

Monique M. Lafontaine    mlafontaine@lockelord.com, kmillet@lockelord.com

Monique M. Weiner    mweiner@kuchlerpolk.com, cmcclain@kuchlerpolk.com

Phillip Russell Perdew    rperdew@lockelord.com, chicagodocket@lockelord.com, jastaton@lockelord.com

Richard David Faulkner    rfaulkner@bfsnlaw.com

Ronald Chase McCallum    rmccallum@tedlyon.com

Sarah K. Casey     skcasey@bakerdonelson.com, cbretz@bakerdonelson.com

Ted B Lyon     tblyon@tedlyon.com

Thomas Justin Cunningham     tcunningham@lockelord.com, chicagodocket@lockelord.com,
kmorehouse@lockelord.com, ttill@lockelord.com

Thomas M. Hefferon     thefferon@goodwinprocter.com

Thomas V. Panoff     tpanoff@mayerbrown.com

Todd S. Kartchner     tkartchn@fclaw.com, rbarajas@fclaw.com

Verne Thomas Clark , Jr     tom.clark@arlaw.com, emily.spence@arlaw.com

**3:12-cv-00220-JJB-SCR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:


**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=1/18/2013] [FileNumber=1282288-0
] [9165d7e247c0d20f64e79371ec2627607c2f19874ac175bf13b3172216920cbfef0
663ff4028c956fdc662b805f956ad08b18bc3ddc51d651cb5378ceadb8f64]]