UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| DOUG WELBORN, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT OF THE NINETEENTH JUDICIAL DISTRICT FOR THE PARISH OF EAST BATON ROUGE, LOUISIANA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 3:12-CV-220 |

## PLAINTIFFS' DESIGNATION OF RECORD ON APPEAL

COME NOW, Plaintiffs, Doug Welborn, in his official capacity as Clerk of Court of the Nineteenth Judicial District for the Parish of East Baton Rouge, Louisiana, *et al.*, and would respectfully designate the following district court documents for the record on appeal to the United States Court of Appeals for the Fifth Circuit docketed as Case No. 13-30103:

- Docket Entry No. 1, Filed on April 17, 2012, Complaint;
- Docket Entry No. 2, Filed on April 17, 2012, Amended Complaint;
- Docket Entry No. 69, Filed on July 20, 2012, Motion to Dismiss;
- Docket Entry No. 76, Filed on August 10, 2012, Response in Opposition to Motion;
- Docket Entry No. 77, Filed on August 10, 2012, Memorandum in Opposition to Motion;
- Docket Entry No. 89, Filed on August 24, 2012, Motion for Leave;

1

- Docket Entry No. 90, Filed on August 24, 2012, Amended Complaint ;

- Docket Entry No. 94, Filed on September 10, 2012, Reply to Response to Motion;

- Docket Entry No. 104, Filed on October 9, 2012, Reply to Response to Motion;

- Docket Entry No. 119, Filed on January 14, 2013, Order on Motion to Dismiss;

- Docket Entry No. 120, Filed on January 14, 2013, Response;

- Docket Entry No. 121, Filed on January 14, 2013, Judgment.

Plaintiffs' request that the foregoing documents be prepared by the Clerk's office in its usual manner and provided to the United States Court of Appeals for the Fifth Circuit, Case No. 13-30103.

Respectfully submitted,

*[signature]*

**BLUME, FAULKNER,**
**SKEEN & NORTHAM, PLLC**
**Richard D. Faulkner,** *Local Counsel*
Louisiana Bar No. 05470
**James D. Blume**
Admitted *Pro Hac Vice*
111 W. Spring Valley Road
Suite 250
Richardson, Texas 75081
(214) 373-7788
(214) 373-7783 – fax

**BERRIGAN, LITCHFIELD, SCHONEKAS,**
**MANN & TRAINA, LLC**
**E. John Litchfield**
Louisiana Bar No. 08622
201 Saint Charles Avenue, Suite 4204
New Orleans, Louisiana 70170
(504) 568-0541
(504) 561-8655 – fax

**MARTINY & ASSOCIATES, LLC**
**Daniel R. Martiny**
Louisiana Bar No. 09012
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
(504) 834-7676
(504) 834-5409 - fax

*Attorneys for Plaintiffs*

**TED B. LYON & ASSOCIATES**
**Ted B. Lyon,** *Trial Attorney*
Admitted *Pro Hac Vice*
**Marquette Wolf**
Admitted *Pro Hac Vice*
**Benjamin Barmore**
Admitted *Pro Hac Vice*
18601 LBJ Freeway
Suite 525
Mesquite, Texas 75150
(972) 279-6571
(972) 279-3021 - fax

**MURRAY, DARNELL &**
**ASSOCIATES, LLC**
**Edwin R. Murray**
Louisiana Bar No. 17069
1540 North Broad Street
New Orleans, Louisiana 70119
(504) 945-0042
(504) 942-5268 – fax

**BARKER, BOUDREAUX,**
**LAMY & FOLEY**
**Daniel S. Foley**
Louisiana Bar No. 05632
228 Saint Charles Avenue
Suite 1110
New Orleans, Louisiana 70130
(504) 586-9395
(504) 586-9410 – fax

3

Case 3:12-cv-00220-JJB-SCR   Document 125   01/29/13   Page 3 of 4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 29th day of January, 2013, a copy of the foregoing document was filed electronically to the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants, if any.

_____
Richard D. Faulkner