

www.bfsnlaw.com

JAMES D. BLUME
*Attorney/Mediator*
JOSHUA H. NORTHAM
*Attorney*
K. ELIZABETH SWAN
*Attorney*

RICHARD D. FAULKNER
*\*Licensed in Louisiana Only*
*Attorney/Mediator/Arbitrator*
SHELLY L. SKEEN
*Attorney/Mediator*
CLAIRE E. JAMES
*Attorney*

January 30, 2013

*Via ECF*

Clerk of Court
U.S. District Court for the Middle District of Louisiana
777 Florida Street, Suite 129
Baton Rouge, LA 70801

Re: *Doug Welborn, in his official capacity as Clerk of Court of the Nineteenth Judicial District for the Parish of East Baton Rouge, Louisiana, et al. v. The Bank of New York Mellon, et al.*; In the United States District Court for the Middle District of Louisiana; Civil Action No.: 3:12-cv-220

Re: Case No. 13-30103; *Doug Welborn, in his official capacity as Clerk of Court of the Nineteenth Judicial District for the Parish of East Baton Rouge, Louisiana, et al. v. The Bank of New York Mellon, et al.*; In the United States Court of Appeals for the Fifth Circuit

Dear Clerk:

This law firm represents Appellants, Doug Welborn, *et al.* in the above-referenced appeal before the Fifth Circuit.

Please accept this letter as Appellants' request for a copy of the designated record on a CD-ROM from the above-referenced United States District Court case for Appellants' use in the appeal.

Please contact my paralegal, Trechelle Andersen, at the telephone number below regarding the cost of the appellate record preparation and mailing. We will forward you a check and/or provide you with an alternate means of payment that is convenient for you. If necessary, I can make arrangements to have the record retrieved via courier.

BLUME, FAULKNER, SKEEN & NORTHAM, PLLC
111 W Spring Valley Rd • Suite 250 • Richardson, TX 75081
P (214) 373-7788 F (214) 373-7783

Please direct any communications regarding the record to the attention of Trechelle Andersen.

Sincerely,

BLUME, FAULKNER, SKEEN & NORTHAM, PLLC

Richard D. Faulkner