# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Nick J. Lorio**
**CLERK**

June 18, 2013

Mr. Lyle Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

APPEAL NO. 13-30103

IN RE: 3:12-cv-220, Doug Welborn v. Bank of New York Mellon Corporation, et al

Dear Sir:

In connection with this appeal, the following documents are transmitted and/or information is furnished. Please acknowledge receipt on the enclosed copy of this letter.

__X__ Record on appeal consisting of:

- __16__ Volume(s) of the record; ____ Sealed PSI; Document #
- ____ Container(s) of trial exhibits ____ Containers of attachments
- ____ Volume(s) of the transcript; Document #
- ____ Volume(s) of State Court Record

___ 1st Supplemental record, including updated docket entries;
___ 2nd Supplemental record, including updated docket entries;
___ Sealed Documents and Exhibits: Document #
___ Other:

Very truly yours,

*Tina Russell*
By
Deputy Clerk