RECEIVED
JUL 15 2013
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
Nick J. Lorio
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

U.S. COURT OF APPEALS
RECEIVED
2013 JUN 19 AM 9:58
FIFTH CIRCUIT

June 18, 2013

Mr. Lyle Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

APPEAL NO. 13-30103

IN RE: 3:12-cv-220, Doug Welborn v. Bank of New York Mellon Corporation, et al

Dear Sir:

In connection with this appeal, the following documents are transmitted and/or information is furnished. Please acknowledge receipt on the enclosed copy of this letter.

X    Record on appeal consisting of:

     16 Volume(s) of the record;      ____ Sealed PSI; Document #

     ____ Container(s) of trial exhibits    ____ Containers of attachments

     ____ Volume(s) of the transcript; Document #

     ____ Volume(s) of State Court Record

___ 1st Supplemental record, including updated docket entries;

___ 2nd Supplemental record, including updated docket entries;

___ Sealed Documents and Exhibits: Document #

___ Other:

Very truly yours,

Dina Russell
By
Deputy Clerk